**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF KENTUCKY

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy
06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
| --- | --- | --- | --- |
| 1. | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **Van** <br> First name <br><br> **L.** <br> Middle name <br><br> **Barker** <br> Last name and Suffix (Sr., Jr., II, III) | **Siyuan** <br> First name <br><br> Middle name <br><br> **Zheng** <br> Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names and any assumed, trade names and *doing business as* names. <br><br> Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number** (ITIN) | xxx-xx-9565 | xxx-xx-5523 |

Debtor 1    **Van L. Barker**
Debtor 2    **Siyuan Zheng**                                              Case number *(if known)* _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.** **Your Employer Identification Number (EIN), if any.** | _____ <br> EIN | _____ <br> EIN |

**5.    Where you live**

About Debtor 1:

**3405 KY-146**
**La Grange, KY 40031**
Number, Street, City, State & ZIP Code

**Oldham**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

**3208 Bird Song Court**
**Melbourne, FL 32934**
Number, P.O. Box, Street, City, State & ZIP Code

About Debtor 2 (Spouse Only in a Joint Case):

**If Debtor 2 lives at a different address:**

**3208 Bird Song Court**
**Melbourne, FL 32934**
Number, Street, City, State & ZIP Code

**Brevard**
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6.    Why you are choosing *this district* to file for bankruptcy**

About Debtor 1:

*Check one:*

■  Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐  I have another reason.
Explain. (See 28 U.S.C. § 1408.)

About Debtor 2:

*Check one:*

☐  Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

■  I have another reason.
Explain. (See 28 U.S.C. § 1408.)

**Joint Filing**

Debtor 1   **Van L. Barker**
Debtor 2   **Siyuan Zheng**                                        Case number *(if known)*

---

| Part 2: | **Tell the Court About Your Bankruptcy Case** |
| --- | --- |

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

---

**8.** **How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.** **Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

**11.** **Do you rent your residence?**

■ No.   Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you?

☐   No. Go to line 12.

☐   Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Debtor 1    **Van L. Barker**
Debtor 2    **Siyuan Zheng**                                                                    Case number *(if known)*

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**
For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____
Number, Street, City, State & Zip Code

---

Debtor 1   **Van L. Barker**

Debtor 2   **Siyuan Zheng**

Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices.  If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.**
  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.**
  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.**
  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of**:

  ☐ **Incapacity.**
  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.**
  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.**
  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Van L. Barker**

Debtor 2    **Siyuan Zheng**

Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
| --- | --- |

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
| --- | --- | --- |
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
| --- | --- | --- |
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
| --- | --- | --- |
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Part 7: | Sign Below |
| --- | --- |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Siyuan Zheng, as attorney-in-fact for Van L. Barker**

Van L. Barker
Signature of Debtor 1

**/s/ Siyuan Zheng**

Siyuan Zheng
Signature of Debtor 2

Executed on    **July 12, 2026**
MM / DD / YYYY

Executed on    **July 12, 2026**
MM / DD / YYYY

Debtor 1   **Van L. Barker**

Debtor 2   **Siyuan Zheng**

Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

| | | |
|---|---|---|
| **/s/ Tyler R. Yeager** | Date | **July 12, 2026** |
| Signature of Attorney for Debtor | | MM / DD / YYYY |

**Tyler R. Yeager**
Printed name

**Kaplan Johnson Abate & Bird LLP**
Firm name

**471 W. Main St.**
**Suite 203**
**Louisville, KY 40202**
Number, Street, City, State & ZIP Code

Contact phone   **(502) 416-1630**          Email address   **tyeager@kaplanjohnsonlaw.com**

**92722 KY**
Bar number & State

---

Official Form 101          **Voluntary Petition for Individuals Filing for Bankruptcy**          page 7

# *Power  Of  Attorney*

Know All Men By These Presents, that I, Van Laurence Barker, of Hardin, County, Kentucky, hereby constitute and appoint my wife, Siyuan Zheng, of Hardin County, Kentucky, my true and lawful attorney-in-fact, to act for me in my name, place and stead to take any action authorized hereunder:

1. To exercise or perform any act, power, duty, right or obligation whatsoever that I now have, or may hereafter acquire the legal right, power, or capacity to exercise or perform, in connection with, arising from or relating to any person, item, transaction, thing, business, property, real or personal, tangible or intangible, or matter whatsoever, except as may be restricted herein.

2. To request, ask, demand, sue for, submit to arbitration, recover, collect, receive, and hold and possess all such sums of money, debts, dues, commercial paper, checks, drafts, accounts, deposits, legacies, bequests, devises, notes, interest, stock certificates, bonds, dividends, certificates of deposit, annuities, pension and retirement benefits, insurance benefits and proceeds, any and all documents of title, choses in action, personal and real property, intangible and tangible property and property rights, and demands whatsoever, liquidated or unliquidated, as now are, or shall hereafter become, owned by, or due, owing, payable or belonging to, me or in which I have or may hereafter acquire an interest, to have, use and take all lawful means and equitable and legal remedies, procedures, and writs in my name, for the collection and recovery thereof, and to adjust, settle, compromise, and agree for the same, and to make, execute and deliver for me, on my behalf, and in my name, all endorsements, acquittances, releases, receipts, or other sufficient discharges for the same.

3. To sell, for cash or on credit, or both at public or private sale, any real or personal property whatsoever; and to invest and reinvest my real and personal property, or the proceeds thereof, in such assets, real or personal, as my attorney in fact may think proper.

4. To enter for any purpose into a lease as lessor or lessee with or without option to purchase or renew; to maintain, repair, improve, manage, develop, exchange, partition, change the character of, or abandon any real or personal property whatsoever or any interest therein; to insure any assets owned by me against damage or loss; and to encumber, mortgage, or pledge any such property or any interest therein.

5. To vote any security owned by me, in person or by general or limited proxy.

6. To deposit any monies with any bank or banker or other person, either in my or my attorney's name, and to employ any of such money or any other money to which I am entitled in the payment of any debts, or interests, payable by me, or taxes, assessments, insurance, and expenses due and payable or to become due and payable on account of my real and personal estate, or in or about any of the purposes herein mentioned, or otherwise for my use and benefit, and to disburse funds for my proper support, medical, dental, hospital and extended care, to continue any support that I may be giving to others, and to meet any emergencies.

1

7. To borrow any sum or sums of money on such terms and with such security, whether real or personal property, as my attorney in fact may think fit, and for that purpose to execute all promissory notes, bonds, mortgages, and other instruments which may be necessary or proper.

8. To add or remove authorized users, update signatory authority, and update contact information (including phone numbers used for security verification or MFA) for any financial, bank, investment, or other monetary account I may have an interest in.

9. To open and remove and change from time to time, the contents from any safe deposit box that I may have in any bank or financial institution, to surrender the box and keys thereto, and renew any rental contract therefor.

10. To sign personal income tax returns, gift tax, intangible tax, and any other tax returns, and all forms in connection therewith, on my behalf, collect income tax refunds payable to me and to agree to changes in my tax returns with the Internal Revenue Service, Kentucky Revenue Cabinet, or equivalent taxing authority having jurisdiction over me, and to pay such taxes, interest and claims for refund and litigate same.

11. To conduct, engage in, and transact any and all lawful business of whatever nature or kind for me, on my behalf and in my name.

12. To make, receive, sign, endorse, execute, acknowledge, deliver and possess such applications, contracts, agreements, options, covenants, conveyances, deeds, trust deeds, assignments, insurance policies, bills of lading, warehouse receipts, documents of title, bills, bonds, debentures, checks, drafts, bills of exchange, letters of credit, notes, stock certificates, proxies, warrants, commercial paper, receipts, withdrawal receipts and deposit instruments relating to accounts or deposits in, or certificates of deposit, of banks, savings and loan or other institutions or associations, proof of loss, evidences of debts, releases, and satisfaction of mortgages, liens, judgments, security agreements and other debts and obligations and such other instruments in writing of whatever kind and nature as may be necessary or proper in the exercise of the rights and powers herein granted.

13. To make application to any governmental agency for any benefit to which I may be entitled, to endorse any checks from any governmental agency, including, but not limited to, Social Security checks.

14. To continue to conduct or participate in any business in which I may be engaged.

15. To employ and compensate agents, accountants, attorneys and other professional assistance.

16. To borrow on, redeem or cash in life insurance policies.

17. To assign and convey any asset to any revocable or irrevocable trust agreement that I may have created in my lifetime or to any trust, revocable or irrevocable, that may have been created for my benefit.

2

18. To arrange for my placement in a convalescent, nursing home, medical, or extended care facility, to make decisions about my medical care, and to make all funeral and burial arrangements.

19. To form, amend, dissolve, or otherwise restructure LLCs, corporations, partnerships, and other business entities, including executing operating agreements, amendments, resolutions, and related filings that I may have an interest in.

20. This Power of Attorney is not to be construed to authorize gifts of my property to any person, nor execute Wills, Codicils or Trusts, nor possess a general or limited power of appointment, nor execute any power, the exercise of which would cause any assets of mine to be considered taxable for purposes of Federal Estate or Kentucky Inheritance Taxes, nor authorize the change of beneficiaries on any life insurance policy, pension or other benefit or retirement plan.

21. I grant to said attorney in fact full power and authority to do, make, take, and perform all and every act and thing whatsoever requisite, proper or necessary to be done, in the exercise of any of the rights and powers herein granted, as fully to all intents and purposes as I might or could do if personally present, with full power of substitution or revocation, hereby ratifying and confirming all that said attorney in fact, or her substitute or substitutes shall lawfully do or cause to be done by virtue of this Power of Attorney and the rights and powers herein granted, except as may be restricted herein.

22. This instrument is to be construed and interpreted as a general and Durable Power of Attorney. The enumeration of specific items, rights, acts, or powers herein is not intended to, nor does it limit or restrict and is not to be construed or interpreted as limiting or restricting the general powers herein granted to said attorney in fact.

23. This Durable Power of Attorney shall not be affected by my disability or incapacity, except as provided by statute, it being my intent that this Durable Power of Attorney conferred upon my wife, Siyuan Zheng, shall be exercisable and continue in full force and effect notwithstanding any later mental or physical disability or incapacity of myself, and shall be valid until I die or revoke this Power of Attorney.

24. Any lawful act performed by my attorney shall be binding upon me, my heirs, beneficiaries, devisees, personal representatives and assigns. I reserve the right to amend or revoke this Power of Attorney at any time; provided, any financial institution or other party dealing with my Attorney in Fact may rely upon this Power of Attorney until receipt by it of a duly executed copy of an amendment or revocation of this Power of Attorney.

The rights, powers and authority of said attorney in fact herein granted shall commence and be in full force on the date hereof, and such rights, powers and authority shall remain in full force and effect thereafter until terminated by written notice by me.

3

IN WITNESS WHEREOF, I have hereunto set my hand this 12ᵗʰ day of

January, 2026.

_____
VAN LAURENCE BARKER
DOB: ███ 1992
SSN: ███ 9565
FORT KNOX, KY

STATE OF KENTUCKY )
                  )
COUNTY OF FRANKLIN )

The foregoing Power of Attorney was subscribed, sworn to and acknowledged before me

by Van Laurence Barker, to be his free act and deed, on this 12ᵗʰ day of January,

2026.

Christina M. Pearson
Notary Public, ID KYNP74873
State at Large, Kentucky
My Commission Expires on July 3, 2027

_____
Notary Public

My Commission Expires: 7/3/27

**THIS INSTRUMENT PREPARED BY:**

_____
PHILIP C. LAWSON, ESQ.
TRUE GUARNIERI AYER, LLP
124 Clinton Street
Frankfort, KY 40601
Phone: 502-605-9900
Fax:    502-605-9901
Email: plawson@truelawky.com

4

Certificate Number: 04661-KYW-CC-041032759



04661-KYW-CC-041032759

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>May 29, 2026</u>, at <u>1:06</u> o'clock <u>PM EDT</u>, <u>Van Barker</u> received from <u>A Debt Coach Credit Counseling Service, Inc.</u>, an agency approved pursuant to 11 U.S.C.  111 to provide credit counseling in the <u>Western District of Kentucky</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C.  109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by telephone</u>.

Date:   <u>May 29, 2026</u>                            By:      <u>/s/Louis R Williams</u>

Name:   <u>Louis R Williams</u>

Title:   <u>President</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C.  109(h) and 521(b).

Certificate Number: 15725-KYW-CC-040971075



15725-KYW-CC-040971075

# CERTIFICATE OF COUNSELING

I CERTIFY that on May 13, 2026, at 11:33 o'clock AM EDT, Siyuan Zheng received from 001 Debtorcc, Inc., an agency approved pursuant to 11 U.S.C.  111 to provide credit counseling in the Western District of Kentucky, an individual [or group] briefing that complied with the provisions of 11 U.S.C.  109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:    May 13, 2026                          By:      /s/Israel Guevara

                                               Name:    Israel Guevara

                                               Title:    Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C.  109(h) and 521(b).

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

> You are an individual filing for bankruptcy, and

> Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation

> Chapter 11 - Reorganization

> Chapter 12 - Voluntary repayment plan for family farmers or fishermen

> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

### Chapter 7:        Liquidation

|   | | |
|---|---:|---|
| | $245 | filing fee |
| | $78 | administrative fee |
| + | $15 | trustee surcharge |
| | $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;

> most student loans;

> domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

**Chapter 11: Reorganization**

|   |  $1,167 | filing fee |
|---|---|---|
| + | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|---|---|
| + | $78 | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

## Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|---|---|
| + | $78 | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Van L. Barker** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Siyuan Zheng** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF KENTUCKY |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy          04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Give Details About Your Marital Status and Where You Lived Before |
|---|---|

**1.   What is your current marital status?**

■ Married
☐ Not married

**2.   During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **5720B Brown Ave Fort Knox, KY 40121** | From-To: **01/23/2023 - 12/16/2025** | ■ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: **01/23/2023 - 02/20/2026** |

**3.   Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☐ No
■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Part 2 | Explain the Sources of Your Income |
|---|---|

**4.   Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |

Debtor 1    **Van L. Barker**
Debtor 2    **Siyuan Zheng**

Case number (*if known*) _____

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $0.00 | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $2,300.00 |
| **For last calendar year:**<br>**(January 1 to December 31, 2025 )** | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $6,600.00 | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $10,965.52 |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2024 )** | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $40,538.00 | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $70,299.00 |

5.  **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐  No
■  Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | VA Benefits | $32,774.00 | | |
| **For last calendar year:**<br>**(January 1 to December 31, 2025 )** | VA Benefits | $55,536.00 | Family Gift | $6,000.00 |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2024 )** | VA Benefits | $23,140.00 | | |

---

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■    No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

■    No.    Go to line 7.

☐    Yes    List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

---

| | |
|---|---|
| Debtor 1 | **Van L. Barker** |
| Debtor 2 | **Siyuan Zheng** |

Case number (*if known*) _____

☐ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ☐ No.    Go to line 7.

    ☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| | | | | |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ■ No

    ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

    ■ No

    ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| | | | | |

**Part 4:**    **Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐ No

    ■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **BMoreHomeBuyers LLC v. Lighthouse Estates, LLC, et. al. CV-26-136371** | **Foreclosure on 4067 E 123rd St.; Cleveland, OH; V. Barker is co-defendant** | **Cuyahoga County Common Pleas Court General Division 1200 Ontario St. Cleveland, OH 44113** | ■ Pending ☐ On appeal ☐ Concluded |
| **Cervantez-Tkac et al. v. Barker et al. 3:26-cv-00280-CHB** | **Civil action including claims for securities violations and fraud; debtors are co-defendants with non-debtor parties** | **USDC Western District of Kentucky U.S. District Court - WDKY Gene Snyder Courthouse 601 W. Broadway Louisville, KY 40202** | ■ Pending ☐ On appeal ☐ Concluded |

Debtor 1    **Van L. Barker**
Debtor 2    **Siyuan Zheng**                                                    Case number (*if known*) _____

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Citibank, NA, as Trustee of EFMT 2025 v. Red Door Legacy LLC, et al.**<br>**26-CI-400489** | **Foreclosure on residential real estate; V. Barker is registered agent for primary defendant** | **Jefferson Circuit Court**<br>**Jefferson County Judicial Center**<br>**700 W. Jefferson St.**<br>**Louisville, KY 40202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Fifth Third Bank, N.A. v. Van L. Barker**<br>**26-CI-00076** | **Collection** | **Meade County Circuit Court**<br>**516 Hillcrest Dr., Suite 4**<br>**Brandenburg, KY 40108** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Louisville/Jefferson County Metro Gov't v. Lighthouse Estates LLC**<br>**26-CI-003867** | **Enforcement of civil penalty citations related to 39 residential properties. S. Zheng and V. Barker named as parties to be served.** | **Jefferson Circuit Court**<br>**Jefferson County Judicial Center**<br>**700 W. Jefferson St.**<br>**Louisville, KY 40202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Shellpoint Mortgage Servicing v. Lighthouse Estates LLC, et al.**<br>**26-CI-400454** | **Foreclosure on 2627 Northwestern Pkwy, Louisville, KY; V. Barker is co-defendant** | **Jefferson Circuit Court**<br>**Jefferson County Judicial Center**<br>**700 W. Jefferson St.**<br>**Louisville, KY 40202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Silver Hill Capital LLC v. Lighthouse Estates LLC, et al.**<br>**26-CI-400568** | **Foreclosure on 1321 Dixie Highway, Louisville, KY; V. Barker is co-defendant** | **Jefferson Circuit Court**<br>**Jefferson County Judicial Center**<br>**700 W. Jefferson St.**<br>**Louisville, KY 40202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Summitbridge Wealth Mgmt., LLC, et al. v. Lighthouse Estates, LLC, et al.**<br>**2:26-cv-00141-JMA-ST** | **Civil action including claims for RICO violations; debtors are co-defendants with non-debtor parties** | **USDC Eastern District of New York**<br>**US District Court - EDNY**<br>**225 Cadman Plaza E**<br>**Brooklyn, NY 11201** | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Stipulation in lieu of TRO entered 02/10/2026** |
| **U.S. Bank Trust National Association, as Trustee v. Lighthouse Estates LLC, et al.**<br>**18C05-2603-MF-000040** | **Foreclosure on 1311 S Ebright St, Muncie, IN; V. Barker is co-defendant** | **Delaware Circuit Court 5**<br>**3100 S Tillotson Ave**<br>**Muncie, IN 47302** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **USA v. Barker**<br>**3:26-cr-00002-RGJ** | **Criminal** | **USDC Western District of Kentucky**<br>**U.S. District Court - WDKY**<br>**Gene Snyder Courthouse**<br>**601 W. Broadway**<br>**Louisville, KY 40202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor 1 | **Van L. Barker** |
|---|---|
| Debtor 2 | **Siyuan Zheng** |

Case number (*if known*) _____

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **David West v. Lighthouse Estates LLC, et al.**<br>**25-CI-006936** | **Civil claims for negligence and related torts; S. Zheng is registered agent for defendants** | **Jefferson Circuit Court Jefferson County Judicial Center 700 W. Jefferson St. Louisville, KY 40202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Wilmington Savings Fund Society, as Owner Trustee for FLIC Residential Mortgage Loan Trust 1 v. Lighthouse Estates LLC, et al.**<br>**26-CI-400477** | **Foreclosure on 1726 W. Gaulbert Ave., Louisville, KY; V. Barker is co-defendant** | **Jefferson Circuit Court Jefferson County Judicial Center 700 W. Jefferson St. Louisville, KY 40202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Wilmington Savings Fund Society, FSB, as Owner Trustee for the FLIC Residential Mortgage Loan Trust 1 v. Lighthouse Estates, LLC et al.**<br>**26-CI-400499** | **Foreclosure on 1001 S. 43rd St., Louisville, KY; V. Barker is co-defendant** | **Jefferson Circuit Court Jefferson County Judicial Center 700 W. Jefferson St. Louisville, KY 40202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Wilmington Savings Fund Society, FSB v. Lighthouse Estates LLC, et al.**<br>**26-CI-400585** | **Foreclosure on 1819 W Kentucky St, Louisville, KY; V. Barker is co-defendant** | **Jefferson Circuit Court Jefferson County Judicial Center 700 W. Jefferson St. Louisville, KY 40202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Wilmington Savings Fund Society, FSB v. Lighthouse Estates LLC, et al.**<br>**26-CI-400618** | **Foreclosure on 103 S 43rd St., Louisville, KY; V. Barker is co-defendant** | **Jefferson Circuit Court Jefferson County Judicial Center 700 W. Jefferson St. Louisville, KY 40202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Wilmington Savings Fund Society v. Lighthouse Estates LLC, et al.**<br>**26-CI-400725** | **Foreclosure on 827 Hazel Street, Louisville, KY; V. Barker is co-defendant** | **Jefferson Circuit Court Jefferson County Judicial Center 700 W. Jefferson St. Louisville, KY 40202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Wilmington Savings Fund Society FSB v. Lighthouse Estates, LLC, et al.**<br>**82D07-2605-MF-003143** | **Foreclosure on 830 Lincoln Ave., Evansville, IN; V. Barker is co-defendant** | **Vanderburgh Superior Court 7 825 Sycamore St. #114 Evansville, IN 47708** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Wilmington Savings Fund Society, FSB v. Lighthouse Estates LLC, et al.**<br>**48C06-2604-MF-000094** | **Foreclosure on 1223 Locust Street, Anderson, IN; V. Barker is co-defendant** | **Madison Circuit Court 6 16 E 9th St Anderson, IN 46016** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?** Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

| Debtor 1 | **Van L. Barker** | | |
|---|---|---|---|
| Debtor 2 | **Siyuan Zheng** | Case number (*if known*) | |

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

�■ No

☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No

☐ Yes

---

### Part 5: List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No

■ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Joshua Kennedy** | **2014 Mazda 2** | **March 2025** | **Unknown** |
| Person's relationship to you: **Co-member in several LLCs** | | | |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No

■ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **Hanying Runze School**<br>**Hanying Village Group 6**<br>**Baoshan City, Yunnan, CHINA** | **Computers and related equipment** | **07/02/2025** | **$4,000.00** |
| **Fort Knox Warrior Warehouse**<br>**17515 Famous 4th Division Road**<br>**Fort Knox, KY 40121** | **Furniture and household items** | **12/2025 - 02/2026** | **$500.00** |
| **Goodwill**<br>**175 W Lincoln Trail Blvd**<br>**Radcliff, KY 40160** | **Furniture and household items** | **12/2025 - 02/2026** | **$500.00** |

---

### Part 6: List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

---

| Debtor 1 | **Van L. Barker** | | |
|---|---|---|---|
| Debtor 2 | **Siyuan Zheng** | Case number (*if known*) | |

---

**Part 7:    List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐   No
■   Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Kaplan Johnson Abate & Bird LLP**<br>**471 W. Main St.**<br>**Suite 203**<br>**Louisville, KY 40202**<br>**tyeager@kaplanjohnsonlaw.com** | **Attorney Fees + Filing Fee** | **05/12/2026** | **$3,838.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■   No
☐   Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐   No
■   Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Various** | **Home gym equipment and couch** | **Approximately $400** | **02/2026 or earlier** |
| **None** | | | |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

■   No
☐   Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

---

| Debtor 1 | **Van L. Barker** | |
|---|---|---|
| Debtor 2 | **Siyuan Zheng** | Case number (*if known*) |

---

**Part 8:**    **List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐  **No**

■  **Yes. Fill in the details.**

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Peoples Bank**<br>**107 W. Main Street**<br>**PO Box 850**<br>**Lebanon, KY 40033** | **XXXX-0290** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **05/11/2026** | **$3,017.62** |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■  **No**

☐  **Yes. Fill in the details.**

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■  **No**

☐  **Yes. Fill in the details.**

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

---

**Part 9:**    **Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐  **No**

■  **Yes.  Fill in the details.**

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| **Lihua Wang** | | **Title interest on real property located in Zhoucun District, China** | **Unknown** |

Debtor 1    **Van L. Barker**
Debtor 2    **Siyuan Zheng**                                              Case number (*if known*)

---

**Part 10:** Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■    *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■    *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■    *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.    **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■    **No**
☐    **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25.    **Have you notified any governmental unit of any release of hazardous material?**

■    **No**
☐    **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26.    **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■    **No**
☐    **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

---

**Part 11:** Give Details About Your Business or Connections to Any Business

27.    **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ **A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time**

■ **A member of a limited liability company (LLC) or limited liability partnership (LLP)**

☐ **A partner in a partnership**

■ **An officer, director, or managing executive of a corporation**

■ **An owner of at least 5% of the voting or equity securities of a corporation**

☐    **No. None of the above applies. Go to Part 12.**

■    **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **AVS Estates LLC**<br>**5720B Brown Ave**<br>**Fort Knox, KY 40121** | **Residential real estate**<br><br>**Jessa Bella Cabilin-Delfin** | **EIN:**<br><br>**From-To    03/19/2025 - present** |

---

Official Form 107                Statement of Financial Affairs for Individuals Filing for Bankruptcy                page **9**

Debtor 1   **Van L. Barker**
Debtor 2   **Siyuan Zheng**

Case number (*if known*) _____

| Business Name Address (Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Bluestar LLC** | **Investment capital lending; Starpoint Holdings LC is 19% member** | EIN:<br><br>From-To   **12/2023** |
| **Brightpoint Ventures L.L.C.**<br>**5720B Brown Avenue**<br>**Fort Knox, KY 40121** | **Jessa Bella Cabilin-Delfin** | EIN:<br><br>From-To   **08/24/2023 - 10/02/2025** |
| **CeeKou LLC**<br>**1603 Capitol Ave**<br>**Suite 415**<br>**Cheyenne, WY 82001** | **Residential real estate**<br><br>**Jessa Bella Cabilin-Delfin** | EIN:<br><br>From-To   **05/04/2025 - 07/09/2026** |
| **Horizon View Investments LLC**<br>**1603 Capitol Ave Ste 415**<br>**#824413**<br>**Cheyenne, WY 82001** | **Residential real estate. No ownership interest but Debtor 1 had indirect partial control. Starpoint Holdings LLC owns 9%** | EIN:   **33-5001082**<br><br>From-To   **05/06/2025 - 07/09/2026** |
| **JAL Solutions LLC**<br>**30 N Gould St Ste R**<br>**Sheridan, WY 82801** | **Residential real estate. No ownership interest but Debtor 1 had indirect partial control** | EIN:   **39-2422090**<br><br>From-To   **07/27/2025 - present** |
| **KYPL Holdings 1 LLC**<br>**309 Evergreen Road**<br>**Louisville, KY 40243** | **Residential real estate holding company** | EIN:<br><br>From-To   **10/2025** |
| **Lighthouse Estates LLC**<br>**5720B Brown Ave**<br>**Fort Knox, KY 40121** | **Residential real estate**<br><br>**Mario Lomazzi, CPA**<br>**Jessa Bella Cabilin-Delfin** | EIN:<br><br>From-To   **02/15/2024 - present** |
| **Peerpoint Advantage L.L.C.**<br>**5720B Brown Ave**<br>**Fort Knox, KY 40121** | **Single asset real estate**<br><br>**Jessa Bella Cabilin-Delfin** | EIN:   **39-3019302**<br><br>From-To   **10/19/2023 - 10/19/2024** |
| **Red Door Legacy L.L.C.**<br>**5720B Brown Ave.**<br>**Fort Knox, KY 40121** | **Residential real estate**<br><br>**Mario Lomazzi, CPA**<br>**Jessa Bella Cabilin-Delfin** | EIN:<br><br>From-To   **08/19/2024 - present** |
| **Redwoods Real Estate LLC**<br>**1603 Capitol Ave Ste 415**<br>**#602780**<br>**Cheyenne, WY 82001** | **Residential real estate. No ownership interest but Debtor 1 had indirect partial control** | EIN:   **39-3267885**<br><br>From-To   **07/17/2025 - present** |
| **Rhino Capital Investments LLC**<br>**1603 Capitol Ave Ste 415**<br>**#598730**<br>**Cheyenne, WY 82001** | **Refinance broker, no activity**<br><br>**Jessa Bella Cabilin-Delfin** | EIN:   **39-5112958**<br><br>From-To   **10/28/2025 - present** |

Debtor 1   **Van L. Barker**
Debtor 2   **Siyuan Zheng**

Case number (*if known*)

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Starpoint Holdings L.L.C. (IN)**<br>**8520 Allison Pointe Blvd**<br>**Suite 223**<br>**Indianapolis, IN 46250** | **Residential real estate**<br><br>**Mario Lomazzi, CPA**<br>**Jessa Bella Cabilin-Delfin** | EIN:<br><br>From-To  **09/27/2023 - 03/05/2026** |
| **Starpoint Holdings L.L.C. (KY)**<br>**8520 Allison Pointe Blvd**<br>**Suite 223**<br>**Indianapolis, IN 46250** | **Registration of IN entity in error** | EIN:<br><br>From-To  **01/27/2024 - present** |
| **Taihe Estates LLC**<br>**1795 Alysheba Way**<br>**Suite 7202**<br>**Lexington, KY 40509** | **Residential real estate**<br><br>**Jessa Bella Cabilin-Delfin** | EIN:<br><br>From-To  **07/28/2025 - present** |
| **Wavewell Foundation, Inc.**<br>**5720 Brown Ave #B**<br>**Fort Knox, KY 40121** | **Non-profit**<br><br>**Jessa Bella Cabilin-Delfin** | EIN:  **37-2202275**<br><br>From-To  **09/04/2025** |
| **ZiraCo LLC**<br>**1603 Capitol Ave Ste 415**<br>**#720085**<br>**Cheyenne, WY 82001** | **Residential real estate. No ownership interest but Debtor 1 had indirect partial control. Lighthouse Estates LLC holds 6%.** | EIN:  **33-4939062**<br><br>From-To  **05/04/2025 - 07/09/2026** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐  No
■  Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **Peoples Bank-Louisville**<br>**3400 Dutchmans Lane**<br>**Louisville, KY 40205** | **08/19/2025** |
| **Chris Jackson** | **2024-2025** |
| **Kentucky Private Lending LLC**<br>**309 Evergreen Road**<br>**Louisville, KY 40243** | **08/19/2025** |

| | | | |
|---|---|---|---|
| Debtor 1 | **Van L. Barker** | | |
| Debtor 2 | **Siyuan Zheng** | Case number (*if known*) | |

---

Part 12:    **Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Siyuan Zheng, as attorney-in-fact for
Van L. Barker

**Van L. Barker**
**Signature of Debtor 1**

Date    **July 12, 2026**

/s/ Siyuan Zheng

**Siyuan Zheng**
**Signature of Debtor 2**

Date    **July 12, 2026**

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

■ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

**Fill in this information to identify your case:**

Debtor 1 **Van L. Barker**
First Name          Middle Name          Last Name

Debtor 2 **Siyuan Zheng**
(Spouse if, filing)
First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   WESTERN DISTRICT OF KENTUCKY

Case number
(if known) _____

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7   **12/15**

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

### Part 1:   List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **The Agricultural Bank of China**<br><br>Description of property securing debt: **999 Xinjian East Road; Unit 102, Floors 1-3, Bldg 222; Zhoucun, Zibo, Shandong CHINA Checking account (A/B Line 17.1)** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>  **Occupants of property (Debtor 2's parents) pay loan and all property expenses** | ☐ No<br><br>■ Yes |
| Creditor's name: **Mazda Financial Services**<br><br>Description of property securing debt: **2025 Mazda 3 10,000 miles** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Creditor's name: **Lihua Wang** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a | ☐ No<br><br>■ Yes |

Official Form 108          **Statement of Intention for Individuals Filing Under Chapter 7**          page 1

Debtor 1 **Van L. Barker**
Debtor 2 **Siyuan Zheng**

Case number (*if known*) _____

| Description of property securing debt: | **No. 999 Xinjian East Road Unit 102, Floors 1-3, Bldg 222 Zhocun Dist., Zibo, Shandong CHINA**<br>**Domicile of Debtor 2's parents; Lihua Wang paid down payment, all mortgage payments, taxes, and other ownership expenses** | *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br><br>**Debtor 2's parents and occupants of property pay monthly** |
|---|---|---|

---

**Part 2:** **List Your Unexpired Personal Property Leases**

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |

---

**Part 3:** **Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X **/s/ Siyuan Zheng, as attorney-in-fact for Van L. Barker**

**Van L. Barker**
Signature of Debtor 1

Date **July 12, 2026**

X **/s/ Siyuan Zheng**

**Siyuan Zheng**
Signature of Debtor 2

Date **July 12, 2026**

Official Form 108      **Statement of Intention for Individuals Filing Under Chapter 7**      page 2

Debtor 1    **Van L. Barker**
Debtor 2    **Siyuan Zheng**                                          Case number *(if known)*

**Fill in this information to identify your case and this filing:**

Debtor 1 **Van L. Barker**
First Name          Middle Name          Last Name

Debtor 2 **Siyuan Zheng**
(Spouse, if filing) First Name     Middle Name     Last Name

United States Bankruptcy Court for the: WESTERN DISTRICT OF KENTUCKY

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property

**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

1.1

**No. 999 Xinjian East Road Unit 102, Floors 1-3, Bldg 222 Zhocun Dist., Zibo, Shandong CHINA**
Street address, if available, or other description

_____
City          State          ZIP Code

_____
County

**What is the property?** Check all that apply

☐ Single-family home
■ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Domicile of Debtor 2's parents; Lihua Wang paid down payment, all mortgage payments, taxes, and other ownership expenses**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
| --- | --- |
| $345,000.00 | $345,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**State-owned land use right; nominal registered interest only**

☐ **Check if this is community property** (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................................=>**

**$345,000.00**

**Part 2: Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1    **Van L. Barker**

Debtor 2    **Siyuan Zheng**                                       Case number *(if known)*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

☑ Yes

3.1   Make:   **Mazda**

Model:   **3**

Year:   **2025**

Approximate mileage:   **10,000**

Other information:

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☑ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property**
   (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $15,000.00 | $15,000.00 |

3.2   Make:   **Honda**

Model:   **Fit**

Year:   **2011**

Approximate mileage:   **100,000**

Other information:

**Not in use; not currently insured**

**Who has an interest in the property?** Check one

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property**
   (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $1,000.00 | $1,000.00 |

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No

☐ Yes

5.  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................................................=>

| $16,000.00 |
|---|

| **Part 3:** | **Describe Your Personal and  Household Items** |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware

☑ No

☐ Yes.  Describe.....

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

☑ Yes.  Describe.....

| Household electronics and personal devices | $800.00 |
|---|---|

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No

☑ Yes.  Describe.....

| Debtor 1 | **Van L. Barker** | | |
|---|---|---|---|
| Debtor 2 | **Siyuan Zheng** | Case number *(if known)* | |

| **One box of toy and miniatures collections** | **$200.00** |
|---|---|

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

| **Personal clothing** | **$100.00** |
|---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

| **Jewelry** | **$2,000.00** |
|---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes. Describe.....

| **Two fixed adult dogs** | **$100.00** |
|---|---|

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .............................................................................**

| **$3,200.00** |
|---|

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ■ No
    ☐ Yes......................................................................................................................

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No

| Debtor 1 | **Van L. Barker** | | |
|---|---|---|---|
| Debtor 2 | **Siyuan Zheng** | | Case number *(if known)* |

■ Yes........................

Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **Other financial account** | **The Agricultural Bank of China** | **$16,250.00** |
| 17.2. | **Checking** | **USAA x2121** | **$5.51** |
| 17.3. | **Checking** | **USAA x2245** | **$1,108.00** |
| 17.4. | **Savings** | **Navy Federal Credit Union x3793** | **$5.00** |
| 17.5. | **Checking** | **Navy Federal Credit Union x7893** | **$0.00** |
| 17.6. | **Savings** | **Navy Federal Credit Union x7987** | **$0.00** |
| 17.7. | **Checking** | **Chase x4990** | **$39.46** |
| 17.8. | **Savings** | **American Express x5248** | **$249.94** |
| 17.9. | **Checking** | **USAA** | **$0.00** |
| 17.10. | **Other financial account** | **CashApp** | **$0.00** |
| 17.11. | **Other financial account** | **PayPal** | **$0.00** |
| 17.12. | **Other financial account** | **Venmo** | **$0.00** |
| 17.13. | **Other financial account** | **Venmo** | **$0.00** |
| 17.14. | **Other financial account** | **CashApp** | **$0.00** |
| 17.15. | **Other financial account** | **PayPal** | **$0.00** |
| 17.16. | **Other financial account** | **Alipay Pay** | **$35.00** |

Debtor 1    **Van L. Barker**
Debtor 2    **Siyuan Zheng**                                                    Case number *(if known)*

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☐ No
    ■ Yes.................    Institution or issuer name:

| | |
|---|---|
| **Fidelity brokerage account** | **$768.25** |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| **Starpoint Holdings LLC (IN)** | **81** | % | **Unknown** |
| **Lighthouse Estates LLC** | **10** | % | **Unknown** |
| **Red Door Legacy LLC** | **10** | % | **Unknown** |
| **AVS Estates LLC** | **Debtor 1 holds 34%; Debtor 2 holds 33%** | % | **Unknown** |
| **CeeKou LLC** | **81** | % | **Unknown** |
| **Taihe Estates LLC** | **35** | % | **Unknown** |
| **Peerpoint Advantage L.L.C.** | **Debtor 1 holds 19%; Debtor 2 holds 81%** | % | **Unknown** |
| **Starpoint Holdings L.L.C. (KY) *Organizational documents filed in KY in error; all activity under EIN for IN entity** | **81** | % | **Unknown** |
| **Brightpoint Ventures L.L.C.** | **Unknown** | % | **Unknown** |
| **Rhino Capital Investments LLC** | **50** | % | **Unknown** |
| **KYPL Holdings LLC** | **Approx. 6.3% ownership** | % | **Unknown** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                       Issuer name:

Debtor 1    **Van L. Barker**
Debtor 2    **Siyuan Zheng**                                                Case number *(if known)* _____

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.
    |                | Type of account: | Institution name:        |              |
    |----------------|------------------|--------------------------|--------------|
    |                | **401(k)**       | **Transamerica x1129**   | **$15,300.00** |
    |                | **IRA**          | **Fidelity**             | **$1,800.00**  |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ....................                    Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............            Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............            Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......
    _____

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ☐ No
    ■ Yes.  Give specific information..

| Debtor 1 | **Van L. Barker** | |
|---|---|---|
| Debtor 2 | **Siyuan Zheng** | Case number *(if known)* |

| $75,000 loan receivable owed by Starpoint Holdings L.L.C. | $1,000.00 |
|---|---|

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

■ No

☐ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No

☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ No

☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

■ No

☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**

■ No

☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here..................................................................................................................** | **$36,561.16** |

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.** |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**

■ No. Go to Part 6.

☐ Yes.  Go to line 38.

| **Part 6**: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

☐ Yes.  Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

■ No

☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here ....................................** | **$0.00** |

Debtor 1    **Van L. Barker**
Debtor 2    **Siyuan Zheng**                                              Case number *(if known)*

| Part 8: | List the Totals of Each Part of this Form |
|---------|-------------------------------------------|

55.  **Part 1: Total real estate, line 2** ...................................................................................................    **$345,000.00**

56.  **Part 2: Total vehicles, line 5**                                              $16,000.00

57.  **Part 3: Total personal and household items, line 15**                      $3,200.00

58.  **Part 4: Total financial assets, line 36**                                   $36,561.16

59.  **Part 5: Total business-related property, line 45**                            $0.00

60.  **Part 6: Total farm- and fishing-related property, line 52**                   $0.00

61.  **Part 7: Total other property not listed, line 54**            +               $0.00

62.  **Total personal property.** Add lines 56 through 61...        $55,761.16    Copy personal property total    $55,761.16

63.  **Total of all property on Schedule A/B.** Add line 55 + line 62                          **$400,761.16**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Van L. Barker** |
| | First Name                Middle Name                Last Name |
| Debtor 2 | **Siyuan Zheng** |
| (Spouse if, filing) | First Name                Middle Name                Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF KENTUCKY |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt                    **4/25**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:    Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **No. 999 Xinjian East Road Unit 102, Floors 1-3, Bldg 222 Zhocun Dist., Zibo, Shandong CHINA**<br>**Domicile of Debtor 2's parents; Lihua Wang paid down payment, all mortgage payments, taxes, and other ownership expenses**<br>Line from *Schedule A/B*: **1.1** | $345,000.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **2025 Mazda 3 10,000 miles**<br>Line from *Schedule A/B*: **3.1** | $15,000.00 | ■ $3,762.39<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| **2011 Honda Fit 100,000 miles**<br>**Not in use; not currently insured**<br>Line from *Schedule A/B*: **3.2** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| **Household electronics and personal devices**<br>Line from *Schedule A/B*: **7.1** | $800.00 | ■ $800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

| | | |
|---|---|---|
| Debtor 1  **Van L. Barker** | | |
| Debtor 2  **Siyuan Zheng** | Case number (if known) | |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **One box of toy and miniatures collections**<br>Line from *Schedule A/B*: **8.1** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Personal clothing**<br>Line from *Schedule A/B*: **11.1** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Jewelry**<br>Line from *Schedule A/B*: **12.1** | $2,000.00 | ■ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |
| **Two fixed adult dogs**<br>Line from *Schedule A/B*: **13.1** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Other financial account: The Agricultural Bank of China**<br>Line from *Schedule A/B*: **17.1** | $16,250.00 | ■ $16,250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Checking: USAA x2121**<br>Line from *Schedule A/B*: **17.2** | $5.51 | ■ $5.51<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Checking: USAA x2245**<br>Line from *Schedule A/B*: **17.3** | $1,108.00 | ■ $1,108.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Savings: Navy Federal Credit Union x3793**<br>Line from *Schedule A/B*: **17.4** | $5.00 | ■ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Checking: Navy Federal Credit Union x7893**<br>Line from *Schedule A/B*: **17.5** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Savings: Navy Federal Credit Union x7987**<br>Line from *Schedule A/B*: **17.6** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Checking: Chase x4990**<br>Line from *Schedule A/B*: **17.7** | $39.46 | ■ $39.46<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

Debtor 1   **Van L. Barker**
Debtor 2   **Siyuan Zheng**                                               Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Savings: American Express x5248**<br>Line from *Schedule A/B*: **17.8** | $249.94 | ■ $249.94<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Checking: USAA**<br>Line from *Schedule A/B*: **17.9** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Other financial account: CashApp**<br>Line from *Schedule A/B*: **17.10** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Other financial account: PayPal**<br>Line from *Schedule A/B*: **17.11** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Other financial account: Venmo**<br>Line from *Schedule A/B*: **17.12** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Other financial account: Venmo**<br>Line from *Schedule A/B*: **17.13** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Other financial account: CashApp**<br>Line from *Schedule A/B*: **17.14** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Other financial account: PayPal**<br>Line from *Schedule A/B*: **17.15** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Other financial account: Alipay Pay**<br>Line from *Schedule A/B*: **17.16** | $35.00 | ■ $35.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Fidelity brokerage account**<br>Line from *Schedule A/B*: **18.1** | $768.25 | ■ $768.25<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Starpoint Holdings LLC (IN)**<br>**81 % ownership**<br>Line from *Schedule A/B*: **19.1** | Unknown | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

Debtor 1  **Van L. Barker**
Debtor 2  **Siyuan Zheng**                                                Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | | Specific laws that allow exemption |
|---|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | | |
| **Lighthouse Estates LLC**<br>**10 % ownership**<br>Line from *Schedule A/B*: **19.2** | **Unknown** | ☐ _____ | ■ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Red Door Legacy LLC**<br>**10 % ownership**<br>Line from *Schedule A/B*: **19.3** | **Unknown** | ☐ _____ | ■ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **AVS Estates LLC**<br>**Debtor 1 holds 34%; Debtor 2 holds 33%**<br>Line from *Schedule A/B*: **19.4** | **Unknown** | ☐ _____ | ■ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **CeeKou LLC**<br>**81 % ownership**<br>Line from *Schedule A/B*: **19.5** | **Unknown** | ☐ _____ | ■ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Taihe Estates LLC**<br>**35 % ownership**<br>Line from *Schedule A/B*: **19.6** | **Unknown** | ☐ _____ | ■ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Peerpoint Advantage L.L.C.**<br>**Debtor 1 holds 19%; Debtor 2 holds 81%**<br>Line from *Schedule A/B*: **19.7** | **Unknown** | ☐ _____ | ■ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Starpoint Holdings L.L.C. (KY)**<br>***Organizational documents filed in KY in error; all activity under EIN for IN entity**<br>**81 % ownership**<br>Line from *Schedule A/B*: **19.8** | **Unknown** | ☐ _____ | ■ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Brightpoint Ventures L.L.C.**<br>**Unknown**<br>Line from *Schedule A/B*: **19.9** | **Unknown** | ☐ _____ | ■ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **401(k): Transamerica x1129**<br>Line from *Schedule A/B*: **21.1** | **$15,300.00** | ■ $15,300.00 | ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(12)** |
| **IRA: Fidelity**<br>Line from *Schedule A/B*: **21.2** | **$1,800.00** | ■ $1,800.00 | ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(12)** |
| **$75,000 loan receivable owed by Starpoint Holdings L.L.C.**<br>Line from *Schedule A/B*: **30.1** | **$1,000.00** | ■ $1,000.00 | ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

Official Form 106C                **Schedule C: The Property You Claim as Exempt**

Debtor 1    **Van L. Barker**
Debtor 2    **Siyuan Zheng**                                                    Case number (if known) _____

3.  **Are you claiming a homestead exemption of more than $214,000?**
    (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

    ■    No

    ☐    Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

         ☐    No

         ☐    Yes

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Van L. Barker** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Siyuan Zheng** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    WESTERN DISTRICT OF KENTUCKY

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property
**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

| 2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|
| **2.1  The Agricultural Bank of China** | $163,308.00 | $345,000.00 | $0.00 |

Creditor's Name

**1098 Jichang Rd
Zhoucun District
Zibo, Shandong, CHINA**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred    **09/2016**

**Describe the property that secures the claim:**

> **999 Xinjian East Road; Unit 102, Floors 1-3, Bldg 222; Zhoucun, Zibo, Shandong CHINA**
> **Checking account (A/B Line 17.1)**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **control of deposit account**

Last 4 digits of account number    _____

Debtor 1  **Van L. Barker**

First Name          Middle Name          Last Name

Debtor 2  **Siyuan Zheng**

First Name          Middle Name          Last Name

Case number (if known)

---

| 2.2 | **Mazda Financial Services** | **Describe the property that secures the claim:** | **$11,237.61** | **$15,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**2025 Mazda 3 10,000 miles**

**6400 Main St, Suite 200
Amherst, NY 14221**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred _____

Last 4 digits of account number   **3515**

---

| 2.3 | **Lihua Wang** | **Describe the property that secures the claim:** | **$445,713.50** | **$345,000.00** | **$264,021.50** |
|---|---|---|---|---|---|

Creditor's Name

**No. 999 Xinjian East Road Unit 102, Floors 1-3, Bldg 222 Zhocun Dist., Zibo, Shandong CHINA
Domicile of Debtor 2's parents; Lihua Wang paid down payment, all mortgage payments, taxes, and other ownership expenses**

**No. 999 Xinjian East
Road Unit 102
Building 222 Zhocun
District
Zibo, Shandong CHINA**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)   **Mortgage; Contribution and Ownership Agreement**

Date debt was incurred   **09/2016**

Last 4 digits of account number _____

---

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$620,259.11** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$620,259.11** |

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Van L. Barker** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Siyuan Zheng** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: WESTERN DISTRICT OF KENTUCKY

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

■ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** **Internal Revenue Service**

Priority Creditor's Name

**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☐ No

■ Yes

**Last 4 digits of account number** _____    Total claim: **Unknown**    Priority amount: **Unknown**    Nonpriority amount: **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**Notice Purposes Only**

Debtor 1   **Van L. Barker**
Debtor 2   **Siyuan Zheng**                                       Case number (if known) _____

| 2.2 | **Kentucky Department of Revenue** | Last 4 digits of account number _____ | Unknown | Unknown | Unknown |

Priority Creditor's Name
**Legal Support Branch -**
**Bankruptcy**
**PO Box 5222**
**Frankfort, KY 40602**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☐ No

■ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**FOR NOTICE PURPOSES**

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

3.   **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  |  | Total claim |
|---|---|---|---|

| 4.1 | **2MR REI 401K Plan** | Last 4 digits of account number _____ | **$118,200.00** |

Nonpriority Creditor's Name
**12295 Tibbetts St**
**Odessa, FL 33556**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty of business debt**

---

Official Form 106 E/F            Schedule E/F: Creditors Who Have Unsecured Claims            Page  2 of 98

Debtor 1   **Van L. Barker**

Debtor 2   **Siyuan Zheng**

Case number (if known) _____

---

| 4.2 | **3 Eagle Brothers Ventures, LLC** | Last 4 digits of account number _____ | **$63,000.00** |

Nonpriority Creditor's Name

**1718 Capital Ave**
**Cheyenne, WY 82001**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty of business debt**

---

| 4.3 | **3 Putt Bogey LLC** | Last 4 digits of account number _____ | **$183,000.00** |

Nonpriority Creditor's Name

**4012 Dupont Circle #112**
**Louisville, KY 40207**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty of business debt**

---

| 4.4 | **4G Creative LLC** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**c/o Hayes & Schanzer LLP**
**Attn: Andrew W. Hayes**
**43 West 43rd St, Suite 195**
**New York, NY 10036**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Co-plaintiff in 26-cv-141**

---

Debtor 1   **Van L. Barker**
Debtor 2   **Siyuan Zheng**

Case number (if known) _____

| 4.5 | **4G Investments LLC** | Last 4 digits of account number _____ | **$109,480.00** |

Nonpriority Creditor's Name

**755 9th Ave**
**Marion, IA 52302**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

---

| 4.6 | **A & N Divine Solutions LLC** | Last 4 digits of account number _____ | **$55,250.00** |

Nonpriority Creditor's Name

**7901 14th St. N.**
**Suite 300**
**St. Petersburg, FL 33702**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

---

| 4.7 | **AAssistance Realty LLC** | Last 4 digits of account number _____ | **$87,000.00** |

Nonpriority Creditor's Name

**391 E. 925 N.**
**Wheatfield, IN 46392**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

---

Debtor 1   **Van L. Barker**
Debtor 2   **Siyuan Zheng**                                                    Case number (if known)

| 4.8 | **Abundant Life TC Services, LLC** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**1810 York Ave**
**Williamstown, NJ 08094**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Co-defendant in 26-cv-141**

---

| 4.9 | **Accelerated Growth Capital** | Last 4 digits of account number | | **$616,775.00** |

Nonpriority Creditor's Name

**508 Main St Suite A**
**Evansville, IN 47708**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

---

| 4.10 | **Accelerated Growth Capital** | Last 4 digits of account number | | **$400,000.00** |

Nonpriority Creditor's Name

**508 Main St Suite A**
**Evansville, IN 47708**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

---

Debtor 1  **Van L. Barker**

Debtor 2  **Siyuan Zheng**

Case number (if known) _____

---

**4.11**

**AF 401K Plan & Trust**

Nonpriority Creditor's Name

**2614 S Brown Ave**
**Orlando, FL 32806**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____                    **$45,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Guaranty of business debt**

---

**4.12**

**The Agricultural Bank of China**

Nonpriority Creditor's Name

**1098 Jichang Rd**
**Zhoucun District**
**Zibo, Shandong, CHINA**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____                    **$20,500.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Personal loan**

---

**4.13**

**AHR Consulting LLC**

Nonpriority Creditor's Name

**13438 Bavarian Dr**
**San Diego, CA 92129**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____                    **$95,250.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Guaranty of business debt**

---

Debtor 1   **Van L. Barker**

Debtor 2   **Siyuan Zheng**

Case number (if known) _____

---

**4.14**

**AidenInvestmentProperties LLC**

Nonpriority Creditor's Name

**26210 Little Mack Ave**
**St Clair Shores, MI 48081**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____      **$16,500.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty of business debt**

---

**4.15**

**Aligned Living Solutions Inc.**

Nonpriority Creditor's Name

**101 Creekside Ridge Ct**
**Ste 210-36**
**Roseville, CA 95678**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____      **$75,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty of business debt**

---

**4.16**

**Alleygator Group LLC**

Nonpriority Creditor's Name

**1050 Queen St. Suite 100**
**Honolulu, HI 96814**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____      **$11,250.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty of business debt**

---

Official Form 106 E/F            Schedule E/F: Creditors Who Have Unsecured Claims            Page 7 of 98

Debtor 1   **Van L. Barker**
Debtor 2   **Siyuan Zheng**

Case number (if known) _____

---

**4.17**

**Altamont Solutions LLC**
Nonpriority Creditor's Name
**6111 Fieldstone Dr**
**Livermore, CA 94551**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

**$609,200.00**

---

**4.18**

**AMARA Kins LLC**
Nonpriority Creditor's Name
**2138 Elderberry Dr**
**Florence, SC 29505**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

**$15,000.00**

---

**4.19**

**Adelino Amaral**
Nonpriority Creditor's Name
**10114 Oboe Dr.**
**Houston, TX 77025**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

**$100,000.00**

---

Official Form 106 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 8 of 98

Debtor 1 **Van L. Barker**
Debtor 2 **Siyuan Zheng**

Case number (if known) _____

| 4.20 | | | |
|---|---|---|---|
| **American Express** | **Last 4 digits of account number** _____ | | **$9,288.49** |

Nonpriority Creditor's Name
**PO Box 981537**
**El Paso, TX 79998**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit card**

---

| 4.21 | | | |
|---|---|---|---|
| **American Express** | **Last 4 digits of account number** _____ | | **$214.11** |

Nonpriority Creditor's Name
**PO Box 981537**
**El Paso, TX 79998**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit card**

---

| 4.22 | | | |
|---|---|---|---|
| **American Express** | **Last 4 digits of account number** _____ | | **Unknown** |

Nonpriority Creditor's Name
**PO Box 981537**
**El Paso, TX 79998**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit card**

---

Debtor 1  **Van L. Barker**

Debtor 2  **Siyuan Zheng**

Case number (if known)

---

**4.23**

**American Express**

Nonpriority Creditor's Name

**PO Box 981537**
**El Paso, TX 79998**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal loan**

**$6,192.50**

---

**4.24**

**AMI Property Group, LLC**

Nonpriority Creditor's Name

**8 The Green STE A**
**Dover, DE 19901**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Guaranty of business debt**

**$115,000.00**

---

**4.25**

**AMPM Group Enterprise LLC**

Nonpriority Creditor's Name

**96 Signs Rd.**
**Staten Island, NY 10314**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Guaranty of business debt**

**$39,000.00**

---

Debtor 1   **Van L. Barker**
Debtor 2   **Siyuan Zheng**                                                    Case number (if known) _____

| 4.26 | **Arctic Fox LLC** | Last 4 digits of account number _____ | **$45,000.00** |

Nonpriority Creditor's Name
**1457 Harvard St.**
**Longmont, CO 80503**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

---

| 4.27 | **ARNA Premier Property Solutions, LLC** | Last 4 digits of account number _____ | **$346,500.00** |

Nonpriority Creditor's Name
**329 S Oyster Bay Rd**
**Suite 202**
**Plainview, NY 11803**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

---

| 4.28 | **ASH Dynamic Consulting LLC** | Last 4 digits of account number _____ | **$63,750.00** |

Nonpriority Creditor's Name
**7104 Stag Horn Dr NW**
**Albuquerque, NM 87120**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

---

Debtor 1   **Van L. Barker**
Debtor 2   **Siyuan Zheng**                                   Case number (if known) _____

| 4.2 9 | **B32 Ventures LLC** | Last 4 digits of account number _____ | **$45,000.00** |

Nonpriority Creditor's Name
**133 Rockingham Dr**
**Murfreesboro, TN 37129**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Guaranty of business debt**

---

| 4.3 0 | **Back Pocket Ops, LLC** | Last 4 digits of account number _____ | **$244,187.50** |

Nonpriority Creditor's Name
**14316 Reese Blvd W**
**Suite B-1739**
**Huntersville, NC 28078**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Guaranty of business debt**

---

| 4.3 1 | **Barker Professional Service LLC** | Last 4 digits of account number _____ | **$25,000.00** |

Nonpriority Creditor's Name
**10579 SAN LEANDRO ST**
**Ventura, CA 93004**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Guaranty of business debt**

---

Debtor 1  **Van L. Barker**

Debtor 2  **Siyuan Zheng**

Case number (if known) _____

---

| 4.3 2 | **Ariel Mermelshtayn Barker** | | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**5610 Las Virgenes Road 46**
**Calabasas, CA 91302**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Co-defendant in 26-cv-141**

---

| 4.3 3 | **Curran Barker** | | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**5610 Las Virgenes Road 46**
**Calabasas, CA 91302**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Co-defendant in 26-cv-141**

---

| 4.3 4 | **Sandy J. Barth** | | **$123,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**20322 New Kentucky Village**
**Hockley, TX 77477**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Guaranty of business debt**

---

Debtor 1 **Van L. Barker**

Debtor 2 **Siyuan Zheng**                                         Case number (if known) _____

| 4.3 5 | **BCT Investments LLC** | **Last 4 digits of account number** _____ | **$247,500.00** |

Nonpriority Creditor's Name

**1041 Briar Glen Circle**
**McGregor, TX 76657**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty of business debt**

---

| 4.3 6 | **Boston C Beach** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**c/o Hayes & Schanzer LLP**
**Attn: Andrew W. Hayes**
**43 West 43rd St, Suite 195**
**New York, NY 10036**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Co-plaintiff in 26-cv-141**

---

| 4.3 7 | **Kristin P Beach** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**c/o Hayes & Schanzer LLP**
**Attn: Andrew W. Hayes**
**43 West 43rd St, Suite 195**
**New York, NY 10036**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Co-plaintiff in 26-cv-141**

---

Debtor 1  **Van L. Barker**

Debtor 2  **Siyuan Zheng**

Case number (if known) _____

---

**4.38**

**Bear Capital LLC**

Nonpriority Creditor's Name

**3400 Dutchmans Lane**
**Louisville, KY 40205**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Guaranty of business debt**

**$100,000.00**

---

**4.39**

**Beyond Tiny, Inc**

Nonpriority Creditor's Name

**9431 Haven Ave Suite 100**
**Rancho Cucamonga, CA 91730**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Guaranty of business debt**

**$135,000.00**

---

**4.40**

**Bite Size Ventures LLC**

Nonpriority Creditor's Name

**3409 S Hunter Spring Dr**
**West Valley City, UT 84128**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Guaranty of business debt**

**$207,000.00**

---

Debtor 1  **Van L. Barker**

Debtor 2  **Siyuan Zheng**

Case number (if known)

---

| 4.4.1 | | | |
|---|---|---|---|

**BJ's Enterprises LLC**

Nonpriority Creditor's Name

**3156 Bowerman Rd**
**Kingsley, MI 49649**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Guaranty of business debt**

**$52,500.00**

---

| 4.4.2 | | | |
|---|---|---|---|

**Bertrand Blain**

Nonpriority Creditor's Name

**26 Fulton Dr**
**Stafford, VA 22554**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Guaranty of business debt**

**$30,000.00**

---

| 4.4.3 | | | |
|---|---|---|---|

**Bertrand Blain**

Nonpriority Creditor's Name

**3001 Park Center Dr**
**Apt 418**
**Alexandria, VA 22302**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Guaranty of business debt**

**$48,000.00**

---

Debtor 1 **Van L. Barker**
Debtor 2 **Siyuan Zheng**                                      Case number (if known) _____

---

| 4.44 | **BLDR Investments LLC** | Last 4 digits of account number _____ | **$63,750.00** |

Nonpriority Creditor's Name
**7464 Weminuche Dr NW**
**Albuquerque, NM 87114**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty of business debt**

---

| 4.45 | **Blue Merle Group LLC** | Last 4 digits of account number _____ | **$619,500.00** |

Nonpriority Creditor's Name
**41W263 Campton Trail Rd.**
**Saint Charles, IL 60175**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty of business debt**

---

| 4.46 | **BlueGreen13 LLC** | Last 4 digits of account number _____ | **$105,000.00** |

Nonpriority Creditor's Name
**103 Warren St.**
**Tunkhannock, PA 18657**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty of business debt**

---

Debtor 1  **Van L. Barker**
Debtor 2  **Siyuan Zheng**

Case number (if known) _____

| | | | |
|---|---|---|---|
| 4.47 | **BMoreHomeBuyers LLC** | Last 4 digits of account number _____ | **$229,950.00** |

Nonpriority Creditor's Name
**1004 Breezewick Rd**
**Townson, MD 21286**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify  **Guaranty of business debt**

| | | | |
|---|---|---|---|
| 4.48 | **Maria Bock** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**1810 York Ave**
**Williamstown, NJ 08094**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify  **Co-defendant in 26-cv-141**

| | | | |
|---|---|---|---|
| 4.49 | **Bridging Purpose LLC** | Last 4 digits of account number _____ | **$14,280.00** |

Nonpriority Creditor's Name
**8580 Commons Ct**
**Florence, KY 41042**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify  **Guaranty of business debt**

Debtor 1  **Van L. Barker**
Debtor 2  **Siyuan Zheng**                                                    Case number (if known) _____

| 4.50 | **BuenaVida Properties LLC** | **Last 4 digits of account number** _____ | **$10,140.00** |

Nonpriority Creditor's Name
**525 Route 73**
**Marlton, NJ 08053**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Guaranty of business debt**

---

| 4.51 | **Bulwark Investments LLC** | **Last 4 digits of account number** _____ | **$83,000.00** |

Nonpriority Creditor's Name
**a/k/a Bulwark Automations, LLC**
**5810 Shelby Oaks Dr, Ste B**
**Memphis, TN 38134**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Guaranty of business debt**

---

| 4.52 | **C2MM LLC EQRP 401K** | **Last 4 digits of account number** _____ | **$170,150.00** |

Nonpriority Creditor's Name
**3356 Buckboard Dr.**
**Park City,, UT 84098**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Guaranty of business debt**

---

Debtor 1   **Van L. Barker**
Debtor 2   **Siyuan Zheng**                                            Case number (if known) _____

| 4.5<br>3 | **Caleb Ramsay EQRP 401k** | Last 4 digits of account number _____ | **$133,500.00** |

Nonpriority Creditor's Name
**2339 34th St, Unit 1**
**Santa Monica, CA 90405**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

---

| 4.5<br>4 | **Camden Harbor Ventures LLC -** | Last 4 digits of account number _____ | **$102,000.00** |

Nonpriority Creditor's Name
**East 25th St, Apt 16A**
**New York, NY 10010**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

---

| 4.5<br>5 | **Capital Tree Ventures LLC** | Last 4 digits of account number _____ | **$45,000.00** |

Nonpriority Creditor's Name
**8136 Cyers Lane**
**Orlando, FL 32822**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

---

Debtor 1  **Van L. Barker**

Debtor 2  **Siyuan Zheng**

Case number (if known) _____

---

**4.56**

**Christopher Carl**
Nonpriority Creditor's Name
**102 Plaza East Blvd**
**Ste 103**
**Evansville, IN 47715**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Co-defendant in 26-cv-141**

---

**4.57**

**Casen Do REI Funding, LLC**
Nonpriority Creditor's Name
**3060 Williams Drive**
**Suite 300, Office 1007**
**Fairfax, VA 22031**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$142,750.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Guaranty of business debt**

---

**4.58**

**CC Venture Innovations LLC**
Nonpriority Creditor's Name
**4327 S Hwy 27, Suite 330**
**Clermont, FL 34711**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$122,350.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Guaranty of business debt**

---

Debtor 1  **Van L. Barker**
Debtor 2  **Siyuan Zheng**

Case number (if known) _____

---

**4.59**

**Cedar IRA LLC**
Nonpriority Creditor's Name

**c/o Hayes & Schanzer LLP**
**Attn: Andrew W. Hayes**
**43 West 43rd St, Suite 195**
**New York, NY 10036**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Co-plaintiff in 26-cv-141**

**Unknown**

---

**4.60**

**Crystal Cervantez-Tkac**
Nonpriority Creditor's Name

**1170 Gaylord St**
**Denver, CO 80210**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Guaranty of business debt; alleged securities violations; common law fraud; and unjust enrichment**

**$300,000.00**

---

**4.61**

**Law Office of Jeffrey Chabrowe**
Nonpriority Creditor's Name

**Jeffrey Chabrowe, Esq.**
**521 Fifth Avenue, 17th Floor**
**New York, NY 10175**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Legal services**

**Unknown**

---

Debtor 1   **Van L. Barker**

Debtor 2   **Siyuan Zheng**

Case number (if known)

| 4.6 2 | **Chandler Horse LLC** | Last 4 digits of account number | **$87,000.00** |
|---|---|---|---|

**Chandler Horse LLC**
Nonpriority Creditor's Name
**8809 S. 34th St**
**Bellevue, NE 68147**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

---

| 4.6 3 | **Chicago Title Company, LLC** | Last 4 digits of account number | **Unknown** |
|---|---|---|---|

**Chicago Title Company, LLC**
Nonpriority Creditor's Name
**34920 Ridge Road**
**Willoughby, OH 44094**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Co-defendant in 26-cv-141**

---

| 4.6 4 | **Cliftview LLC** | Last 4 digits of account number | **$22,500.00** |
|---|---|---|---|

**Cliftview LLC**
Nonpriority Creditor's Name
**5000 Thayer Center, Ste C**
**Oakland, MD 21550**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

---

Debtor 1    **Van L. Barker**

Debtor 2    **Siyuan Zheng**                                              Case number (if known)

| 4.65 | **CLR Innovations EQRP 401k** | | |
|---|---|---|---|

**CLR Innovations EQRP 401k**
Nonpriority Creditor's Name
**12700 Hickory Creek Rd**
**Knoxville, TN 37932**
Number Street City State Zip Code

**Last 4 digits of account number** _____          **$115,000.00**

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty of business debt**

---

| 4.66 | **CLR Innovations EQRP 401k** | | |
|---|---|---|---|

**CLR Innovations EQRP 401k**
Nonpriority Creditor's Name
**12700 Hickory Creek Rd**
**Knoxville, TN 37932**
Number Street City State Zip Code

**Last 4 digits of account number** _____          **$115,000.00**

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty of business debt**

---

| 4.67 | **CN Investment Trust** | | |
|---|---|---|---|

**CN Investment Trust**
Nonpriority Creditor's Name
**c/o Hayes & Schanzer LLP**
**Attn: Andrew W. Hayes**
**43 West 43rd St, Suite 195**
**New York, NY 10036**
Number Street City State Zip Code

**Last 4 digits of account number** _____          **Unknown**

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Co-plaintiff in 26-cv-141**

---

Debtor 1    **Van L. Barker**

Debtor 2    **Siyuan Zheng**

Case number (if known) _____

---

**4.68**

**Commonwealth Land Title Ins. Co**

Nonpriority Creditor's Name

**2112 Schuetz Road**
**St. Louis, MO 63146**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Co-defendant in 26-cv-141**

---

**4.69**

**Continental Title Company**

Nonpriority Creditor's Name

**10000 College Blvd**
**Suite 200**
**Overland Park, KS 66210**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Co-defendant in 26-cv-141**

---

**4.70**

**Cornelius Consulting LLC**

Nonpriority Creditor's Name

**8 The Grn**
**Ste A**
**Dover, DE 19901**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Co-defendant in 26-cv-141**

---

Debtor 1  **Van L. Barker**
Debtor 2  **Siyuan Zheng**                                         Case number (if known) _____

| 4.7 1 | **D&A Elite Ventures Group, LLC** | Last 4 digits of account number _____ | $527,247.50 |

**D&A Elite Ventures Group, LLC**
Nonpriority Creditor's Name
**9299 NW 31st St**
**Polk City, IA 50226**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

$527,247.50

---

| 4.7 2 |

**Dawning Properties Team LLC**
Nonpriority Creditor's Name
**1401 21st St. Suite R**
**Sacramento, CA 95811**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

$145,500.00

---

| 4.7 3 |

**ddot Realty LLC**
Nonpriority Creditor's Name
**3535 NW 3rd Ave Apt. 6**
**Boca Raton, FL 33431**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

$52,900.00

---

Debtor 1   **Van L. Barker**

Debtor 2   **Siyuan Zheng**

Case number (if known) _____

| 4.7 4 | **DHR Properties LLC dba Perpetual Title** | | **Unknown** |

Nonpriority Creditor's Name

**130 St. Matthews Ave**
**Ste 300**
**Louisville, KY 40207**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Co-defendant in 26-cv-141**

---

| 4.7 5 | **Directed Trust Company** | | **$127,497.28** |

Nonpriority Creditor's Name

**FBO Christopher Adanene Roth IRA**
**6210 Wunderlin Ave**
**San Diego, CA 92114**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty of business debt**

---

| 4.7 6 | **Directed Trust Company** | | **$67,500.00** |

Nonpriority Creditor's Name

**FBO Jacky Ling IRA**
**3033 N Central Ave Ste 400**
**Phoenix, AZ 85012**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty of business debt**

---

Debtor 1   **Van L. Barker**
Debtor 2   **Siyuan Zheng**

Case number (if known)

---

**4.77**

**Directed Trust Company**
Nonpriority Creditor's Name
**FBO Lorelei Fara Traditional IRA**
**3033 N Central Ave, Ste 400**
**Phoenix, AZ 85012**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

$124,500.00

---

**4.78**

**Directed Trust Company**
Nonpriority Creditor's Name
**FBO Randy Cardona IRA**
**3033 N Central Ave. Ste 400**
**Phoenix, AZ 85012**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

$288,000.00

---

**4.79**

**Discover**
Nonpriority Creditor's Name
**PO Box 6103**
**Carol Stream, IL 60197**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit card**

$1,000.00

---

Debtor 1 **Van L. Barker**
Debtor 2 **Siyuan Zheng**

Case number (if known) _____

---

**4.80**

**EHEN, LLC Series D**
Nonpriority Creditor's Name
**PO Box 1098**
**Cypress, TX 77410-1098**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **$3,075.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

---

**4.81**

**Elevated Horizons LLC**
Nonpriority Creditor's Name
**8963 Edgewood St**
**Highlands Ranch, CO 80130**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **$119,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

---

**4.82**

**Elite Title, LLC**
Nonpriority Creditor's Name
**12231 Manchester Road**
**St. Louis, MO 63131**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Co-defendant in 26-cv-141**

---

Debtor 1    **Van L. Barker**
Debtor 2    **Siyuan Zheng**                                                  Case number (if known) _____

| 4.8 3 | **Elizabeth Schwab EQRP 401k** | | **$129,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**785 Mill St**
**Bountiful, UT 84010**
Number Street City State Zip Code

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify    **Guaranty of business debt**

---

| 4.8 4 | **EMI General Contractors LLC** | | **$40,250.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**1170 W Main St**
**Lewisville, TX 75067**
Number Street City State Zip Code

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify    **Guaranty of business debt**

---

| 4.8 5 | **eQRP at Solera National Bank** | | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**319 S Sheridan Blvd**
**Denver, CO 80226**
Number Street City State Zip Code

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify    **Co-plaintiff in 26-cv-141**

---

Official Form 106 E/F              Schedule E/F: Creditors Who Have Unsecured Claims              Page 30 of 98

Debtor 1  **Van L. Barker**

Debtor 2  **Siyuan Zheng**

Case number (if known) _____

---

**4.86**

**Equity Trust Company Custodian**

Nonpriority Creditor's Name

**FBO Elaina Tapscott IRA**
**101 Rainbow Dr #3207**
**Livingston, TX 77399**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Guaranty of business debt**

**$35,650.00**

---

**4.87**

**Equity Trust Company Custodian**

Nonpriority Creditor's Name

**FBO Karen Dudich**
**46 Camden Place**
**New Hyde Park, NY 11040**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Guaranty of business debt**

**$99,000.00**

---

**4.88**

**Equity Trust Company Custodian**

Nonpriority Creditor's Name

**FBO Kenneth Grove Hill Roth IRA**
**1 Equity Way**
**Westlake, OH 44145**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Guaranty of business debt**

**$345,100.00**

---

Debtor 1  **Van L. Barker**
Debtor 2  **Siyuan Zheng**                                        Case number (if known) _____

---

**4.89**

| **Equity Trust Company Custodian** | Last 4 digits of account number _____ | **$27,000.00** |

Nonpriority Creditor's Name
**FBO Tinku Saha ROTH IRA**
**1 Equity Way**
**Westlake, OH 44145**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Guaranty of business debt**

---

**4.90**

| **Equity Trust Company Custodian** | Last 4 digits of account number _____ | **$108,000.00** |

Nonpriority Creditor's Name
**FBO Tinku Saha IRA**
**1 Equity Way**
**Westlake, OH 44145**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Guaranty of business debt**

---

**4.91**

| **Essent Title Insurance, Inc.** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**Two Radnor Corporate Center**
**100 Matsonford Road**
**Radnor, PA 19087**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Co-defendant in 26-cv-141**

---

Debtor 1   **Van L. Barker**

Debtor 2   **Siyuan Zheng**

Case number (if known) _____

| 4.9 2 | **Estella Management & Transactions LLC** | | **Unknown** |

Nonpriority Creditor's Name

**1021 East Lincolnway**
**Suite 8395**
**Cheyenne, WY 82001**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Co-defendant in 26-cv-141**

---

| 4.9 3 | **Exceptional Holdings, LLC** | | **Unknown** |

Nonpriority Creditor's Name

**c/o Hayes & Schanzer LLP**
**Attn: Andrew W. Hayes**
**43 West 43rd St, Suite 195**
**New York, NY 10036**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Co-plaintiff in 26-cv-141**

---

| 4.9 4 | **Fairweather South, LLC** | | **$0.00** |

Nonpriority Creditor's Name

**3208 Bird Song Ct**
**Melbourne, FL 32934**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty of business debt**

---

Debtor 1   **Van L. Barker**

Debtor 2   **Siyuan Zheng**

Case number (if known)

---

**4.95**

**Fay Servicing LLC**

Nonpriority Creditor's Name

**5426 Bay Center Drive**
**Suite 300**
**Tampa, FL 33609**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

**$500,000.00**

---

**4.96**

**Ferrara Invest, LLC**

Nonpriority Creditor's Name

**15333 N. Pima Rd, Ste 305**
**Scottsdale, AZ 85260**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

**$172,500.00**

---

**4.97**

**Fidelity National Title Company, LLC**

Nonpriority Creditor's Name

**c/o Fidelity National Financial, Inc.**
**601 Riverside Ave**
**Jacksonville, FL 32204**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Co-defendant in 26-cv-141**

**Unknown**

---

Debtor 1 **Van L. Barker**

Debtor 2 **Siyuan Zheng**

Case number (if known)

---

| 4.98 | **Fifth Third Bank, N.A.** | Last 4 digits of account number | | $5,444.99 |

Nonpriority Creditor's Name

**c/o Zwicker & Associates P.C.**
**2300 Litton Lane**
**Hebron, KY 41048**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Credit card**

---

| 4.99 | **Fire on the Mountain Ventures LLC** | Last 4 digits of account number | | $255,000.00 |

Nonpriority Creditor's Name

**13501 Andulusian Dr**
**Matthews, NC 28105**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Guaranty of business debt**

---

| 4.100 | **First American Title Insurance Co** | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name

**1 First American Way**
**Santa Ana, CA 92707**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Co-defendant in 26-cv-141**

---

Debtor 1 **Van L. Barker**
Debtor 2 **Siyuan Zheng**

Case number (if known) _____

---

**4.1 01**

**First Class Title Agency, Inc.**
Nonpriority Creditor's Name

**3000 Town Center Dr.**
**STE 2450**
**Southfield, MI 48075**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Co-defendant in 26-cv-141**

**Unknown**

---

**4.1 02**

**Fort Knox Housing Services Office**
Nonpriority Creditor's Name

**125 6th Avenue**
**Suite 101**
**Fort Knox, KY 40121**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Lease termination fee**

**$2,000.00**

---

**4.1 03**

**Freedom Title LLC**
Nonpriority Creditor's Name

**11220 Manchester Rd.**
**Kirkwood, MO 63122**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Co-defendant in 26-cv-141**

**Unknown**

---

Debtor 1   **Van L. Barker**

Debtor 2   **Siyuan Zheng**

Case number (if known)

| 4.1 04 | **Freya Fund LLC** | Last 4 digits of account number | | **$94,028.80** |

**Freya Fund LLC**
Nonpriority Creditor's Name

**15333 N. Pima Rd, Ste 305**
**Scottsdale, AZ 85260**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty of business debt**

---

| 4.1 05 | **General Title Insurance Company** | | | **Unknown** |

**General Title Insurance Company**
Nonpriority Creditor's Name

**25111 Country Club Blvd**
**Suite 210**
**North Olmsted, OH 44070**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Co-defendant in 26-cv-141**

---

| 4.1 06 | **Golden Legacy Ventures LLC** | Last 4 digits of account number | | **$195,000.00** |

**Golden Legacy Ventures LLC**
Nonpriority Creditor's Name

**13501 Andulusian Dr**
**Matthews, NC 28105**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty of business debt**

---

Debtor 1 **Van L. Barker**
Debtor 2 **Siyuan Zheng**
Case number (if known) _____

---

**4.1 07**

**Golden Ridge IRA LLC**
Nonpriority Creditor's Name
**9299 NW 31st St**
**Polk City, IA 50226**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

**$70,500.00**

---

**4.1 08**

**Julie Goode**
Nonpriority Creditor's Name
**322 Aoloa St. APT 1202**
**Kailua, HI 96734**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

**$15,000.00**

---

**4.1 09**

**Graceful Innovations LLC**
Nonpriority Creditor's Name
**2501 Chatham Rd, Suite R**
**Springfield, IL 62704**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

**$102,950.00**

---

Debtor 1  **Van L. Barker**
Debtor 2  **Siyuan Zheng**

Case number (if known) _____

---

**4.1 10**

**GSA DR, LLC**
Nonpriority Creditor's Name
**5720B Brown Ave**
**Fort Knox, KY 40121**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Co-defendant in 26-cv-141**

**Unknown**

---

**4.1 11**

**GY Estates LLC**
Nonpriority Creditor's Name
**4096 Topaz Hills Dr North**
**Las Vegas, NV 89032**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Guaranty of business debt**

**$48,000.00**

---

**4.1 12**

**H&L Investments LLC**
Nonpriority Creditor's Name
**605 Easy Rock Landing**
**Broussard, LA 70518**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Guaranty of business debt**

**$142,500.00**

---

Debtor 1  **Van L. Barker**

Debtor 2  **Siyuan Zheng**

Case number (if known) _____

---

**4.1 13**

**Hidden Gems TC Services LLC**

Nonpriority Creditor's Name

**463688 State Road 200**
**Suite 1-350**
**Yulee, FL 32097**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Co-defendant in 26-cv-141**

---

**4.1 14**

**Hidden Gems Ventures LLC**

Nonpriority Creditor's Name

**463688 State Road 200**
**Suite 1-350**
**Yulee, FL 32097**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **$317,250.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Guaranty of business debt**

---

**4.1 15**

**Nathan Nolan Hillard**

Nonpriority Creditor's Name

**15 Beaverbrook Dr.**
**Brookhaven, NY 11719**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **$76,187.50**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Guaranty of business debt**

---

Debtor 1   **Van L. Barker**
Debtor 2   **Siyuan Zheng**

Case number (if known) _____

| 4.1 16 | **HL2304GLOBAL LLC** | | $67,500.00 |

**HL2304GLOBAL LLC**
Nonpriority Creditor's Name
**1429 Freedonia Dr**
**Houston, TX 77055**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

**$67,500.00**

---

| 4.1 17 | **HLMD VENTURES LLC** | | $53,400.00 |

**HLMD VENTURES LLC**
Nonpriority Creditor's Name
**4 MacGregor Ct**
**Londonderry, NH 03053**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

**$53,400.00**

---

| 4.1 18 | **Holding Wyoming LLC** | | Unknown |

**Holding Wyoming LLC**
Nonpriority Creditor's Name
**30 N Gould St Ste N**
**Sheridan, WY 82801**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Co-plaintiff in 26-cv-141**

**Unknown**

---

Debtor 1   **Van L. Barker**
Debtor 2   **Siyuan Zheng**

Case number (if known)

---

| 4.1 19 | | | |
|---|---|---|---|

**Honest Homes LLC**
Nonpriority Creditor's Name
**2880 SW. 58th Ave**
**Miami, FL 33155**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

**$114,000.00**

---

| 4.1 20 | | | |
|---|---|---|---|

**Horizon Trust**
Nonpriority Creditor's Name
**FBO: Robert Bevis Traditional IRA**
**PO BOX 27068**
**Newark, NJ 07101**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

**$165,000.00**

---

| 4.1 21 | | | |
|---|---|---|---|

**Horizon Trust**
Nonpriority Creditor's Name
**FBO: Wang Sean Lee Traditional IRA**
**17537 Ashburton Rd**
**San Diego, CA 92128**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

**$22,500.00**

---

Debtor 1   **Van L. Barker**

Debtor 2   **Siyuan Zheng**

Case number (if known) _____

---

| 4.1 22 | **Horizon View Investments LLC** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**159 N Wolcott St**
**Ste 415 #824413**
**Cheyenne, WY 82001**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Co-defendant in 26-cv-141**

---

| 4.1 23 | **Clint Humphrey** | Last 4 digits of account number _____ | **$93,000.00** |

Nonpriority Creditor's Name

**PO Box 485**
**Marion, TX 78124**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty of business debt**

---

| 4.1 24 | **IEM383 Ventures LLC** | Last 4 digits of account number _____ | **$71,400.00** |

Nonpriority Creditor's Name

**2311 Cedar St.**
**El Cerrito, CA 94530**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty of business debt**

---

Debtor 1    **Van L. Barker**
Debtor 2    **Siyuan Zheng**                                          Case number (if known) _____

---

**4.1 25**

**Inspira Financial Trust**
Nonpriority Creditor's Name
**FBO Patricia Stank IRA**
**2001 Spring Road, Ste 700**
**Oak Brook, IL 60523**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    **$45,000.00**

When was the debt incurred?          _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

---

**4.1 26**

**Inspira Financial Trust LLC Custodian**
Nonpriority Creditor's Name
**FBO Deborah Higgins IRA**
**2001 Spring Road, Ste 700**
**Oak Brook, IL 60523**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    **$162,000.00**

When was the debt incurred?          _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

---

**4.1 27**

**Investors Title Company**
Nonpriority Creditor's Name
**219 S Central Ave**
**Clayton, MO 63105**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred?          _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Co-defendant in 26-cv-141**

---

Debtor 1 **Van L. Barker**

Debtor 2 **Siyuan Zheng**

Case number (if known) _____

| 4.1 28 | **Invictus Capital LLC** | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number _____ | **$319,000.00** |
| | **P.O. Box 27740** **Las Vegas, NV 89126** | **When was the debt incurred?** _____ | |
| | Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | |
| | **Who incurred the debt?** Check one. | | |
| | ☐ Debtor 1 only | ☐ Contingent | |
| | ☐ Debtor 2 only | ☐ Unliquidated | |
| | ■ Debtor 1 and Debtor 2 only | ☐ Disputed | |
| | ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** | |
| | ☐ **Check if this claim is for a community debt** | ☐ Student loans | |
| | | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| | **Is the claim subject to offset?** | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| | ■ No | ■ Other. Specify **Guaranty of business debt** | |
| | ☐ Yes | | |

| 4.1 29 | **IRA Club** | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number _____ | **Unknown** |
| | **FBO Cynthia Lebron-Valle IRA** **67 E Madison St #1510** **Chicago, IL 60603** | **When was the debt incurred?** _____ | |
| | Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | |
| | **Who incurred the debt?** Check one. | | |
| | ☐ Debtor 1 only | ☐ Contingent | |
| | ☐ Debtor 2 only | ☐ Unliquidated | |
| | ■ Debtor 1 and Debtor 2 only | ☐ Disputed | |
| | ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** | |
| | ☐ **Check if this claim is for a community debt** | ☐ Student loans | |
| | | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| | **Is the claim subject to offset?** | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| | ■ No | ■ Other. Specify **Co-plaintiff in 26-cv-141** | |
| | ☐ Yes | | |

| 4.1 30 | **IRA Innovations, LLC, as Custodian** | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number _____ | **$34,557.60** |
| | **FBO David Dorris Roth IRA** **P.O. Box 360750** **Birmingham, AL 35236** | **When was the debt incurred?** _____ | |
| | Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | |
| | **Who incurred the debt?** Check one. | | |
| | ☐ Debtor 1 only | ☐ Contingent | |
| | ☐ Debtor 2 only | ☐ Unliquidated | |
| | ■ Debtor 1 and Debtor 2 only | ☐ Disputed | |
| | ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** | |
| | ☐ **Check if this claim is for a community debt** | ☐ Student loans | |
| | | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| | **Is the claim subject to offset?** | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| | ■ No | ■ Other. Specify **Guaranty of business debt** | |
| | ☐ Yes | | |

Debtor 1   **Van L. Barker**
Debtor 2   **Siyuan Zheng**

Case number (if known) _____

| 4.1 31 | **JAL Solutions LLC** | Last 4 digits of account number _____ | **Unknown** |

**JAL Solutions LLC**
Nonpriority Creditor's Name
**30 N Gould St**
**Ste R**
**Sheridan, WY 82801**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Co-defendant in 26-cv-141**

**Unknown**

---

| 4.1 32 | **JBJ 78 Capital LLC** | | **$30,000.00** |

**JBJ 78 Capital LLC**
Nonpriority Creditor's Name
**1089 Blackwolf Run Rd.**
**Davenport, FL 33896**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

**$30,000.00**

---

| 4.1 33 | **JD Investor Loans LLC** | | **$114,750.00** |

**JD Investor Loans LLC**
Nonpriority Creditor's Name
**26 Big Boulder Lane**
**Chelan, WA 98816**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

**$114,750.00**

Debtor 1  **Van L. Barker**

Debtor 2  **Siyuan Zheng**

Case number (if known) _____

---

| 4.1 34 | **JDG Network Solutions LLC** | **Last 4 digits of account number** _____ | **$391,750.00** |

Nonpriority Creditor's Name

**4123 West Estes Way**
**Laveen, AZ 85338**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Guaranty of business debt**

---

| 4.1 35 | **JG49 Gators of NTX, LLC** | **Last 4 digits of account number** _____ | **$67,500.00** |

Nonpriority Creditor's Name

**2714 Quail Cove Dr**
**Highland Village, TX 75077**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Guaranty of business debt**

---

| 4.1 36 | **JJR Property Ventures LLC** | **Last 4 digits of account number** _____ | **$30,000.00** |

Nonpriority Creditor's Name

**1214 Beemer Ct**
**Oxford, MI 48371**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Guaranty of business debt**

---

Debtor 1  **Van L. Barker**
Debtor 2  **Siyuan Zheng**                                                   Case number (if known)  _____

| 4.1 37 | **JM Property Concepts LLC** | | |

**JM Property Concepts LLC**
Nonpriority Creditor's Name
**7901 4th St. N, Suite 300**
**St. Petersburg, FL 33702**
Number Street City State Zip Code

**Last 4 digits of account number** _____     **$34,500.00**

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

---

| 4.1 38 | **JT Capital 415 LLC** | | |

**JT Capital 415 LLC**
Nonpriority Creditor's Name
**1089 Blackwolf Run Rd**
**Davenport, FL 33896**
Number Street City State Zip Code

**Last 4 digits of account number** _____     **$360,100.00**

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

---

| 4.1 39 | **JT Real Estate LLC** | | |

**JT Real Estate LLC**
Nonpriority Creditor's Name
**2035 Cokers Chapel Rd**
**Ball Ground, GA 30107**
Number Street City State Zip Code

**Last 4 digits of account number** _____     **$67,500.00**

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

---

Debtor 1 **Van L. Barker**

Debtor 2 **Siyuan Zheng**

Case number (if known) _____

| 4.1 40 | **JTATX-1 Property LLC** | | **$500,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**6492 Belgrave Ave**
**Garden Grove, CA 92845**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty of business debt**

---

| 4.1 41 | **JustJourney LLC** | | **$186,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**2870 S. Gilpin St.**
**Denver, CO 80210**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty of business debt**

---

| 4.1 42 | **Kamkodar HSA, LLC** | | **$73,511.10** |
|---|---|---|---|

Nonpriority Creditor's Name

**5507 NE 1st Pl**
**Renton, WA 98059**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty of business debt**

---

Debtor 1   **Van L. Barker**
Debtor 2   **Siyuan Zheng**

Case number (if known) _____

---

**4.1 43**

**Kamkodar III, LLC**
Nonpriority Creditor's Name
**5507 NE 1st Pl**
**Renton, WA 98059**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

**$38,988.90**

---

**4.1 44**

**Kane Ventures Inc.**
Nonpriority Creditor's Name
**c/o Hayes & Schanzer LLP**
**Attn: Andrew W Hayes**
**43 West 43rd St, Suite 195**
**New York, NY 10036**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Co-plaintiff in 26-cv-141**

**Unknown**

---

**4.1 45**

**Shannon Kennedy**
Nonpriority Creditor's Name
**2710 Aruba Ct**
**Evansville, IN 47725**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Co-defendant in 26-cv-141**

**Unknown**

---

Official Form 106 E/F                  Schedule E/F: Creditors Who Have Unsecured Claims

Debtor 1 **Van L. Barker**
Debtor 2 **Siyuan Zheng**

Case number (if known) _____

| 4.1 46 | **Kentucky Private Lending LLC** | | **$7,158,950.00** |
|---|---|---|---|

**Kentucky Private Lending LLC**
Nonpriority Creditor's Name
**309 Evergreen Rd.**
**Louisville, KY 40243**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Guaranty of business debt**

---

| 4.1 47 | **KHW Funding LLC** | | **$21,420.00** |
|---|---|---|---|

**KHW Funding LLC**
Nonpriority Creditor's Name
**1846 E Innovation Park Dr.**
**Suite 100**
**Oro Valley, AZ 85755**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Guaranty of business debt**

---

| 4.1 48 | **KHW Funding LLC** | | **$81,600.00** |
|---|---|---|---|

**KHW Funding LLC**
Nonpriority Creditor's Name
**1846 E Innovation Park Dr.**
**Suite 100**
**Oro Valley, AZ 85755**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Guaranty of business debt**

---

Debtor 1    **Van L. Barker**

Debtor 2    **Siyuan Zheng**

Case number (if known) _____

---

**4.149**

**Kingdom Legacy Group LLC**

Nonpriority Creditor's Name

**550 Iron Horse Lane
Midland, NC 28107**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        **$826,500.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty of business debt**

---

**4.150**

**KNJL Investment Trust**

Nonpriority Creditor's Name

**c/o Hayes & Schanzer LLP
Attn: Andrew W. Hayes
43 West 43rd St, Suite 195
New York, NY 10036**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Co-plaintiff in 26-cv-141**

---

**4.151**

**KYPL Holdings 1, LLC**

Nonpriority Creditor's Name

**309 Evergreen Rd.
Louisville, KY 40243**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Co-defendant in 26-cv-141**

---

Debtor 1  **Van L. Barker**
Debtor 2  **Siyuan Zheng**

Case number (if known) _____

---

| 4.1 52 | | |
|---|---|---|

**LabCorp**

Nonpriority Creditor's Name

**531 S. Spring St.**
**Burlington, NC 27215**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Medical**

**$974.40**

---

| 4.1 53 | | |
|---|---|---|

**LandWise Investments LLC**

Nonpriority Creditor's Name

**1317 Edgewater Dr #5858**
**Orlando, FL 32804**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Guaranty of business debt**

**$154,500.00**

---

| 4.1 54 | | |
|---|---|---|

**Legacy Horizon Solutions LLC**

Nonpriority Creditor's Name

**1883 West Royal Hunte Drive**
**Suite 200A**
**Cedar City, UT 84720**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Guaranty of business debt**

**$63,000.00**

---

Debtor 1   **Van L. Barker**

Debtor 2   **Siyuan Zheng**

Case number (if known) _____

---

**4.1 55**

**Legacy Title & Escrow LLC**

Nonpriority Creditor's Name

**425 N New Ballas Rd**
**Suite 220**
**Creve Coeur, MO 63141**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Co-defendant in 26-cv-141**

**Unknown**

---

**4.1 56**

**Legatum Solutions LLC**

Nonpriority Creditor's Name

**1003 Native Trail**
**Heath, TX 75032**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

**$66,640.00**

---

**4.1 57**

**Level Investment Properties LLC**

Nonpriority Creditor's Name

**61545 Fish Hatchery Rd**
**Lacombe, LA 70445**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

**$52,500.00**

---

Debtor 1  **Van L. Barker**

Debtor 2  **Siyuan Zheng**

Case number (if known) _____

| | | |
|---|---|---|
| 4.1 58 | **LH 401K Plan & Trust** | **$94,500.00** |

Nonpriority Creditor's Name

**10326 Amber St.**
**Bellflower, CA 90706**

Number Street City State Zip Code

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Guaranty of business debt**

| | | |
|---|---|---|
| 4.1 59 | **Liberated Home Solutions LLC** | **Unknown** |

Nonpriority Creditor's Name

**1 Reflection Drive**
**Washington, IN 47501**

Number Street City State Zip Code

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Co-plaintiff in 26-cv-141**

| | | |
|---|---|---|
| 4.1 60 | **Limitless Deal Funding LLC** | **$52,500.00** |

Nonpriority Creditor's Name

**4134 W Copper Moon Way**
**Phoenix, AZ 85087**

Number Street City State Zip Code

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Guaranty of business debt**

Debtor 1   **Van L. Barker**
Debtor 2   **Siyuan Zheng**

Case number (if known) _____

---

| 4.1 61 | **Limitless Horizons, LLC** | | |
|---|---|---|---|

**Limitless Horizons, LLC**
Nonpriority Creditor's Name
**24866 N 176th Ave**
**Surprise, AZ 85387**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

**$12,000.00**

---

| 4.1 62 | **Loock Enterprises LLC** | | |
|---|---|---|---|

**Loock Enterprises LLC**
Nonpriority Creditor's Name
**2250 Double Creek Dr.**
**Suite 7662**
**Round Rock, TX 78683**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

**$229,875.00**

---

| 4.1 63 | **Louisville/Jefferson County Metro Gov't** | | |
|---|---|---|---|

**Louisville/Jefferson County Metro Gov't**
Nonpriority Creditor's Name
**444 S. Fifth Street**
**Louisville, KY 40202**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Fines for code violations**

**$389,799.37**

---

Official Form 106 E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          **Page 56 of 98**

Debtor 1   **Van L. Barker**
Debtor 2   **Siyuan Zheng**

Case number (if known) _____

---

**4.164**

**Lucid Insight 401K**
Nonpriority Creditor's Name
**c/o Hayes & Schanzer LLP**
**Attn: Andrew W. Hayes**
**43 West 43rd St, Suite 195**
**New York, NY 10036**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Co-plaintiff in 26-cv-141**

**Unknown**

---

**4.165**

**Maasa LLC**
Nonpriority Creditor's Name
**5375 Aurora Summit Trails**
**San Diego, CA 92130**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

**$95,250.00**

---

**4.166**

**Mariner Finance**
Nonpriority Creditor's Name
**8110 Corporate Drive**
**Nottingham, MD 21236**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal loan**

**Unknown**

---

Debtor 1 **Van L. Barker**

Debtor 2 **Siyuan Zheng**

Case number (if known) _____

---

**4.1 67**

**Marrs Ventures, LLC**

Nonpriority Creditor's Name

**12701 Dairywork Rd**
**Buda, TX 78610**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **$97,750.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty of business debt**

---

**4.1 68**

**Matchmaker Investments LLC**

Nonpriority Creditor's Name

**8480 Baltimore National Pike**
**Suite 3210-157**
**Ellicott City, MD 21043**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **$133,500.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty of business debt**

---

**4.1 69**

**MCCM REI, LLC**

Nonpriority Creditor's Name

**2317 Georgetown Place**
**Bellevue, NE 68123**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **$80,888.33**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty of business debt**

---

Official Form 106 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 58 of 98

Debtor 1 **Van L. Barker**

Debtor 2 **Siyuan Zheng**

Case number (if known) _____

| | | |
|---|---|---|
| 4.1 70 | **McCor Investments LLC, a Texas LLC** | Last 4 digits of account number _____ | $47,600.00 |

**McCor Investments LLC, a Texas LLC**
Nonpriority Creditor's Name
**17005 Escondida Ct**
**Woodway, TX 76712**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____         **$47,600.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty of business debt**

---

| 4.1 71 | **MDB Property Solutions LLC** | | $18,975.00 |

**MDB Property Solutions LLC**
Nonpriority Creditor's Name
**4030 Wake Forest Rd**
**Suite 349**
**Raleigh, NC 27609**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____         **$18,975.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty of business debt**

---

| 4.1 72 | **Mephlox LLC** | | $19,304.00 |

**Mephlox LLC**
Nonpriority Creditor's Name
**1333 Old Spanish Trail**
**Suite G-165**
**Houston, TX 77054**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____         **$19,304.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty of business debt**

---

Debtor 1   **Van L. Barker**
Debtor 2   **Siyuan Zheng**

Case number (if known)

---

**4.173**

**Aaron Metten**
Nonpriority Creditor's Name
**309 Evergreen Rd.**
**Louisville, KY 40243**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Co-defendant in 26-cv-141**

---

**4.174**

**Millenial Title, LLC**
Nonpriority Creditor's Name
**130 St. Matthews Ave**
**Ste 300**
**Louisville, KY 40207**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Co-defendant in 26-cv-141**

---

**4.175**

**MJ Strategic Funding, LLC**
Nonpriority Creditor's Name
**8809 S. 34th Street**
**Bellevue, NE 68147**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**$22,100.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

---

Official Form 106 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor 1   **Van L. Barker**
Debtor 2   **Siyuan Zheng**

Case number (if known) _____

---

**4.1 76**

**Monolith Legacy Group LLC**

Nonpriority Creditor's Name

**1401 21st St R**
**Sacramento, CA 95811**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

**$144,750.00**

---

**4.1 77**

**Moon Calcs LLC**

Nonpriority Creditor's Name

**6832 1/2 Marlow Avenue**
**Bell Gardens, CA 90201**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

**$13,500.00**

---

**4.1 78**

**MotherELM Partners LLC**

Nonpriority Creditor's Name

**148 N. Milton Ave**
**Baltimore, MD 21224**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

**$22,500.00**

---

Debtor 1    **Van L. Barker**
Debtor 2    **Siyuan Zheng**                                                    Case number (if known)

---

**4.1 79**

**Navy Federal Credit Union**
Nonpriority Creditor's Name
**PO Box 3000**
**Merrifield, VA 22119-3000**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit card**

**$3,178.27**

---

**4.1 80**

**Navy Federal Credit Union**
Nonpriority Creditor's Name
**PO Box 3000**
**Merrifield, VA 22119-3000**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit card**

**Unknown**

---

**4.1 81**

**Navy Federal Credit Union**
Nonpriority Creditor's Name
**PO Box 3000**
**Merrifield, VA 22119-3000**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal loan**

**$8,714.73**

---

Debtor 1  **Van L. Barker**

Debtor 2  **Siyuan Zheng**

Case number (if known) _____

---

**4.182**

**NDN Capital LLC**

Nonpriority Creditor's Name

**463688 State Road 200**
**Suite 1-321**
**Yulee, FL 32097**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Guaranty of business debt**

**$142,915.56**

---

**4.183**

**Neelema Solo 401K Plan, TTEE**
**Neelema Sin**

Nonpriority Creditor's Name

**329 S Oyster Bay Rd**
**Suite 202**
**Plainview, NY 11803**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Guaranty of business debt**

**$51,170.00**

---

**4.184**

**Huyen Nguyen Ngo**

Nonpriority Creditor's Name

**Trustee of Wonder Women Trust**
**16214 Lee Way Dr**
**Cypress, TX 77429**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Guaranty of business debt**

**$52,500.00**

---

Debtor 1    **Van L. Barker**
Debtor 2    **Siyuan Zheng**

Case number (if known) _____

---

**4.185**

**Okia Properties LLC**
Nonpriority Creditor's Name

**6326 N Oketo Ave**
**Chicago, IL 60631**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

**$110,500.00**

---

**4.186**

**Adelino Amaral Oliveira**
Nonpriority Creditor's Name

**c/o Hayes & Schanzer LLP**
**Attn: Andrew W. Hayes**
**43 West 43rd St, Suite 195**
**New York, NY 10036**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Co-Plaintiff in 26-cv-141**

**Unknown**

---

**4.187**

**John Otten**
Nonpriority Creditor's Name

**445 Stratford Drive**
**Waukee, IA 50263**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

**$45,000.00**

---

Debtor 1    **Van L. Barker**
Debtor 2    **Siyuan Zheng**

Case number (if known) _____

---

**4.1 88**

**Outer LLC**

Nonpriority Creditor's Name

**221 E Indianola Ave**
**Phoenix, AZ 85012**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Guaranty of business debt**

**$124,200.00**

---

**4.1 89**

**Deborah Paker**

Nonpriority Creditor's Name

**5375 Sapphire St**
**Alta Loma, CA 91701**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Guaranty of business debt**

**$66,000.00**

---

**4.1 90**

**Palm Ave LLC**

Nonpriority Creditor's Name

**6210 Wunderlin Ave**
**San Diego, CA 92114**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Guaranty of business debt**

**$638,969.16**

---

Debtor 1    **Van L. Barker**

Debtor 2    **Siyuan Zheng**

Case number (if known) _____

---

**4.1 91**

**Panambi Investments LLC**

Nonpriority Creditor's Name

**1333 Old Spanish Trail**
**Suite G-165**
**Houston, TX 77054**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty of business debt**

$39,962.50

---

**4.1 92**

**Panda Group LLC, d/b/a Networthy**

Nonpriority Creditor's Name

**1317 Edgewater Dr #5858**
**Orlando, FL 32804**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty of business debt**

$927,500.00

---

**4.1 93**

**Park Place Management LLC**

Nonpriority Creditor's Name

**2206 21st Ave S**
**Nashville, TN 37212**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty of business debt**

$649,412.40

---

Debtor 1    **Van L. Barker**
Debtor 2    **Siyuan Zheng**                                    Case number (if known) _____

| 4.1 94 | **Eric Payne** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**309 Evergreen Rd.**
**Louisville, KY 40243**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Co-defendant in 26-cv-141**

---

| 4.1 95 | **Peak Wealth LLC** | Last 4 digits of account number _____ | **$153,450.00** |

Nonpriority Creditor's Name
**4309 NW 153rd St**
**Edmond, OK 73013**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty of business debt**

---

| 4.1 96 | **Pearl Creek Properties LLC** | Last 4 digits of account number _____ | **$135,000.00** |

Nonpriority Creditor's Name
**113 Mill Loft St. C114**
**Edwards, CO 81632**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty of business debt**

---

Debtor 1    **Van L. Barker**
Debtor 2    **Siyuan Zheng**

Case number (if known) _____

---

**4.197**

| | |
|---|---|
| **People's Bank of Lebanon** | Last 4 digits of account number _____ **Unknown** |
| Nonpriority Creditor's Name | |
| **P.O. Box 850** | **When was the debt incurred?** _____ |
| **Lebanon, KY 40033** | |
| Number Street City State Zip Code | |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Co-defendant in 26-cv-141**

---

**4.198**

| | |
|---|---|
| **Mark Petrovich** | Last 4 digits of account number _____ **Unknown** |
| Nonpriority Creditor's Name | |
| **c/o Hayes & Schanzer LLP** | **When was the debt incurred?** _____ |
| **Attn: Andrew W. Hayes** | |
| **43 West 43rd St, Suite 195** | |
| **New York, NY 10036** | |
| Number Street City State Zip Code | |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Co-plaintiff in 26-cv-141**

---

**4.199**

| | |
|---|---|
| **Pink Lotus Consultants LLC** | Last 4 digits of account number _____ **$42,625.00** |
| Nonpriority Creditor's Name | |
| **463688 State Road 200** | **When was the debt incurred?** _____ |
| **Suite 1-350** | |
| **Yulee, FL 32097** | |
| Number Street City State Zip Code | |

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty of business debt**

---

Debtor 1  **Van L. Barker**
Debtor 2  **Siyuan Zheng**                                          Case number (if known) _____

| 4.2 00 | | |
|---|---|---|

**Pinnacle Financial Partners**                          Last 4 digits of account number _____          **Unknown**
Nonpriority Creditor's Name
**d/b/a Synovus Bank**                                   When was the debt incurred?    _____
**21 Platform Way S**
**Suite 2300**
**Nashville, TN 37203**
Number Street City State Zip Code                        **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                          ☐ Contingent
■ Debtor 2 only                                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                             ■ Disputed
☐ At least one of the debtors and another               **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community              ☐ Student loans
debt**                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                      report as priority claims
■ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                    ■ Other. Specify   **GreenSky program**

---

| 4.2 01 | | |
|---|---|---|

**Plum Crazy Capital LLC**                               Last 4 digits of account number _____          **$36,295.00**
Nonpriority Creditor's Name
**29 E Shore Lake Owassa Rd**                             When was the debt incurred?    _____
**Newton, NJ 07860**
Number Street City State Zip Code                        **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                          ☐ Contingent
☐ Debtor 2 only                                          ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                             ☐ Disputed
☐ At least one of the debtors and another               **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community              ☐ Student loans
debt**                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                      report as priority claims
■ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                    ■ Other. Specify   **Guaranty of business debt**

---

| 4.2 02 | | |
|---|---|---|

**Premier Link LLC**                                     Last 4 digits of account number _____          **$41,400.00**
Nonpriority Creditor's Name
**5900 Balcones Dr. Suite 100**                          When was the debt incurred?    _____
**Austin, TX 78731**
Number Street City State Zip Code                        **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                          ☐ Contingent
☐ Debtor 2 only                                          ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                             ☐ Disputed
☐ At least one of the debtors and another               **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community              ☐ Student loans
debt**                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                      report as priority claims
■ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                    ■ Other. Specify   **Guaranty of business debt**

---

Debtor 1   **Van L. Barker**
Debtor 2   **Siyuan Zheng**_____          Case number (if known) _____

| 4.2 03 | | | |
|---|---|---|---|

**Prince General Services**                                    Last 4 digits of account number _____          **$88,500.00**
Nonpriority Creditor's Name
**15814 Dutton Pines Dr**                                     **When was the debt incurred?** _____
**Humble, TX 77346**
Number Street City State Zip Code                            **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                              ☐ Contingent
☐ Debtor 2 only                                             ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                                ☐ Disputed
☐ At least one of the debtors and another                   **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**               ☐ Student loans
**debt**                                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                         report as priority claims

■ No                                                        ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                       ■ Other. Specify   **Guaranty of business debt**

---

| 4.2 04 | | | |
|---|---|---|---|

**Prosper Marketplace**                                      Last 4 digits of account number _____          **Unknown**
Nonpriority Creditor's Name
**221 Main Street**                                           **When was the debt incurred?** _____
**Suite 300**
**San Francisco, CA 94105**
Number Street City State Zip Code                            **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                              ☐ Contingent
☐ Debtor 2 only                                             ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                                ☐ Disputed
☐ At least one of the debtors and another                   **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**               ☐ Student loans
**debt**                                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                         report as priority claims

■ No                                                        ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                       ■ Other. Specify   **Personal loan**

---

| 4.2 05 | | | |
|---|---|---|---|

**Quick Turn Connections LLC**                               Last 4 digits of account number _____          **$83,787.50**
Nonpriority Creditor's Name
**1201 Evans Ave.**                                           **When was the debt incurred?** _____
**Suite 100 Box #15A**
**Fort Worth, TX 76104**
Number Street City State Zip Code                            **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                              ☐ Contingent
☐ Debtor 2 only                                             ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                                ☐ Disputed
☐ At least one of the debtors and another                   **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**               ☐ Student loans
**debt**                                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                         report as priority claims

■ No                                                        ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                       ■ Other. Specify   **Guaranty of business debt**

---

Debtor 1  **Van L. Barker**
Debtor 2  **Siyuan Zheng**

Case number (if known) _____

---

**4.2 06**

**RAR Horizon LLC**
Nonpriority Creditor's Name
**c/o Hayes & Schanzer LLP**
**Attn: Andrew W. Hayes**
**43 West 43rd St, Suite 195**
**New York, NY 10036**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Co-plaintiff in 26-cv-141**

---

**4.2 07**

**Real Houston Properties LLC**
Nonpriority Creditor's Name
**1014 11th St**
**Galveston, TX 77550**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$58,500.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Guaranty of business debt**

---

**4.2 08**

**Realife Real Estate, LLC**
Nonpriority Creditor's Name
**c/o Hayes & Schanzer LLP**
**Attn: Andrew W. Hayes**
**43 West 43rd St, Suite 195**
**New York, NY 10036**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Co-plaintiff in 26-cv-141**

---

Debtor 1  **Van L. Barker**

Debtor 2  **Siyuan Zheng**

Case number (if known)

---

| 4.2 09 | **Rick Amador PLLC** | Last 4 digits of account number | | $59,500.00 |

Nonpriority Creditor's Name

**24 W Camelback Rd, #A325**
**Phoenix, AZ 85013**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Guaranty of business debt**

---

| 4.2 10 | **Angelica Maria Rivera** | Last 4 digits of account number | | $22,500.00 |

Nonpriority Creditor's Name

**17911 Featherfield Ln**
**Richmond, TX 77407**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Guaranty of business debt**

---

| 4.2 11 | **RiverLink** | Last 4 digits of account number | | $2,000.00 |

Nonpriority Creditor's Name

**204 S Floyd St.**
**Louisville, KY 40202**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Unpaid tolls**

---

Debtor 1  **Van L. Barker**
Debtor 2  **Siyuan Zheng**

Case number (if known) _____

| 4.2 12 | **RoJo Capital 25 LLC** | | $115,500.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**2325 S. German Church Rd**
**Indianapolis, IN 46239**
Number Street City State Zip Code

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify  **Guaranty of business debt**

---

| 4.2 13 | **Rosco Investments LLC** | | $78,540.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**1665 49th St**
**Marion, IA 52302**
Number Street City State Zip Code

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify  **Guaranty of business debt**

---

| 4.2 14 | **RS5 Enterprises LLC** | | $171,360.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**807 Waukegan Rd. Suite 112**
**Deerfield, IL 60015**
Number Street City State Zip Code

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify  **Guaranty of business debt**

---

Debtor 1  **Van L. Barker**

Debtor 2  **Siyuan Zheng**

Case number (if known) _____

---

**4.2 15**

**Rushmore Sevicing**

Nonpriority Creditor's Name

**PO Box 650783**
**Dallas, TX 75265**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

**$200,000.00**

---

**4.2 16**

**Randy Ruth**

Nonpriority Creditor's Name

**5900 Balcones Dr., Ste 15153**
**Austin, TX 78731**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

**$105,000.00**

---

**4.2 17**

**S21 Concepts 401K PSP LLC**

Nonpriority Creditor's Name

**1801 Williams St**
**Chattangona, TN 37408**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

**$89,700.00**

---

Debtor 1  **Van L. Barker**
Debtor 2  **Siyuan Zheng**                                    Case number (if known) _____

---

| 4.2 18 | **S21 Concepts LLC** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name
**1801 Williams St**
**Chattanooga, TN 37408**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Co-plaintiff in 26-cv-141**

---

| 4.2 19 | **SA99 Solutions LLC** | **Last 4 digits of account number** _____ | **$238,000.00** |

Nonpriority Creditor's Name
**2701 NE 22nd Ct**
**Pompano Beach, FL 33062**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty of business debt**

---

| 4.2 20 | **Salty Fox Capital LLC** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name
**463688 State Road**
**Ste 1-350**
**Yulee, FL 32097**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Co-defendant in 26-cv-141**

---

Debtor 1   **Van L. Barker**

Debtor 2   **Siyuan Zheng**

Case number (if known)

---

**4.2 21**

**Marshelle Sanders**

Nonpriority Creditor's Name

**381 Love Ave**
**Cairo, GA 39827**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty of business debt**

**$75,000.00**

---

**4.2 22**

**Sandy Everglades LLC**

Nonpriority Creditor's Name

**7901 4th St N Ste 300**
**Saint Petersburg, FL 33702**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Co-plaintiff in 26-cv-141**

**Unknown**

---

**4.2 23**

**Sapphire Solutions LLC**

Nonpriority Creditor's Name

**6848 N. Government Way**
**Suite 114-81**
**Dalton Gardens, ID 83815**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty of business debt**

**$75,000.00**

---

Debtor 1   **Van L. Barker**
Debtor 2   **Siyuan Zheng**                                   Case number (if known)

---

**4.2 24**

**Dan Scott**
Nonpriority Creditor's Name
**20 Skipton Ct**
**Sharpsburg, GA 30277**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$62,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

---

**4.2 25**

**Shelbert Solutions LLC**
Nonpriority Creditor's Name
**704 N Cherokee Way**
**Mustang, OK 73064**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$74,100.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

---

**4.2 26**

**Shellpoint Mortgage Servicing**
Nonpriority Creditor's Name
**P.O. Box 10826**
**Greenville, SC 29603**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$500,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

---

Debtor 1   **Van L. Barker**

Debtor 2   **Siyuan Zheng**

Case number (if known) _____

| 4.2 27 | **Shellz Solutions LLC** | Last 4 digits of account number _____ | **$75,000.00** |

Nonpriority Creditor's Name

**5900 Balcones Drive Suite 100**
**Austin, TX 78731**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

---

| 4.2 28 | **Heather Shoots 401K Plan** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**c/o Hayes & Schanzer LLP**
**Attn: Andrew W. Hayes**
**43 West 43rd St, Suite 195**
**New York, NY 10036**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Co-plaintiff in 26-cv-141**

---

| 4.2 29 | **William Short** | Last 4 digits of account number _____ | **$181,000.00** |

Nonpriority Creditor's Name

**1228 Carl Glen**
**New Braunfels, TX 78130**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

---

Debtor 1   **Van L. Barker**
Debtor 2   **Siyuan Zheng**

Case number (if known)

---

**4.2 30**

**Silver Hill Capital**

Nonpriority Creditor's Name

**4425 Ponce De Leon Blvd.**
**Suite 300**
**Coral Gables, FL 33146**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Guaranty of business debt**

**$200,000.00**

---

**4.2 31**

**Simaya Innovations LLC**

Nonpriority Creditor's Name

**1500 N Grant St**
**Suite R**
**Denver, CO 80203**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Guaranty of business debt**

**$301,050.00**

---

**4.2 32**

**Solera National Bank, Custodian**

Nonpriority Creditor's Name

**FBO The Teresa Gasseau Roth IRA**
**Trust**
**6492 Belgrave Ave**
**Garden Grove, CA 92845**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Guaranty of business debt**

**$138,000.00**

---

Official Form 106 E/F                 Schedule E/F: Creditors Who Have Unsecured Claims                 Page 79 of 98

Debtor 1    **Van L. Barker**
Debtor 2    **Siyuan Zheng**

Case number (if known) _____

---

**4.2 33**

**Solera National Bank, Custodian**
Nonpriority Creditor's Name
**FBO The James Gasseau Roth IRA Trust**
**6492 Belgrave Ave**
**Garden Grove, CA 92845**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Co-plaintiff in 26-cv-141**

---

**4.2 34**

**Solid Foundation LLC**
Nonpriority Creditor's Name
**2870 S. Gilpin St**
**Denver, CO 80210**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **$41,650.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty of business debt**

---

**4.2 35**

**Spectrum**
Nonpriority Creditor's Name
**400 Washington Blvd**
**Stamford, CT 06902**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **$200.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Utilities**

---

Official Form 106 E/F        Schedule E/F: Creditors Who Have Unsecured Claims        Page 80 of 98

Debtor 1   **Van L. Barker**
Debtor 2   **Siyuan Zheng**                                    Case number (if known) _____

| 4.2 36 | **Stacy M Carpenter 401k Plan** | Last 4 digits of account number _____ | $369,014.70 |

Nonpriority Creditor's Name
**30422 Saddleridge Dr**
**Bulverde, TX 78163**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

---

| 4.2 37 | **Stage Advance LLC** | Last 4 digits of account number _____ | $701,049.00 |

Nonpriority Creditor's Name
**2360 Lakewood Rd**
**Toms River, NJ 08755**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

---

| 4.2 38 | **STAYWITMI REAL ESTATE LLC** | Last 4 digits of account number _____ | $119,000.00 |

Nonpriority Creditor's Name
**7901 4th St. N, Suite 300**
**St. Petersburg, Fl 33702**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

---

Debtor 1   **Van L. Barker**
Debtor 2   **Siyuan Zheng**

Case number (if known) _____

---

| 4.2 39 | | | |
|---|---|---|---|

**Stewart Title Guaranty Co.**
Nonpriority Creditor's Name
**1360 Post Oak Blvd**
**Suite 100**
**Houston, TX 77056**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Co-defendant in 26-cv-141**

**Unknown**

---

| 4.2 40 | | | |
|---|---|---|---|

**SummitBridge Wealth Management LLC**
Nonpriority Creditor's Name
**338 Jericho Tpke, Ste 106**
**Syosset, NY 11791**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt; RICO claims**

**$880,500.00**

---

| 4.2 41 | | | |
|---|---|---|---|

**Sunrise Real Estate Solutions LLC**
Nonpriority Creditor's Name
**3433 Myna Ln**
**Miamisburg, OH 45342**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

**$639,970.00**

---

Debtor 1  **Van L. Barker**
Debtor 2  **Siyuan Zheng**                                    Case number (if known) _____

---

**4.2 42**

**Swift Property Ventures LLC**

Nonpriority Creditor's Name

**c/o Hayes & Schanzer LLP**
**Attn: Andrew W. Hayes**
**43 West 43rd St, Suite 195**
**New York, NY 10036**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Co-plaintiff in 26-cv-141**

---

**4.2 43**

**T2N Investment LLC**

Nonpriority Creditor's Name

**470 White Horse Rd**
**Cochranville, PA 19810**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$40,250.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

---

**4.2 44**

**Tall Poppy LLC**

Nonpriority Creditor's Name

**755 9th Ave.**
**Marion, IA 52302**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$161,800.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

---

Debtor 1  **Van L. Barker**

Debtor 2  **Siyuan Zheng**

Case number (if known)

---

**4.2 45**

**Kareem Taye**

Nonpriority Creditor's Name

**10118 Oboe Dr.**
**Houston, TX 77025**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Guaranty of business debt**

**$259,960.00**

---

**4.2 46**

**Taylor Fort Trust**

Nonpriority Creditor's Name

**Chaney Kyle Burks**
**c/o Hayes & Schanzer LLP**
**43 West 43rd St, Suite 195**
**New York, NY 10036**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Co-plaintiff in 26-cv-141**

**Unknown**

---

**4.2 47**

**Thirty Doors LLC**

Nonpriority Creditor's Name

**10045 Baltimore National Pike**
**Unit A7 #445**
**Ellicott City, MD 21042**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Guaranty of business debt**

**$34,500.00**

---

Debtor 1  **Van L. Barker**

Debtor 2  **Siyuan Zheng**

Case number (if known) _____

---

| 4.2 48 | | | |
|---|---|---|---|

**Title Experts, LLC**

Nonpriority Creditor's Name

**2190 S Mason Rd**
**Suite 101**
**Des Peres, MO 63131**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Co-defendant in 26-cv-141**

**Unknown**

---

| 4.2 49 | | | |
|---|---|---|---|

**TK Management Solutions LLC**

Nonpriority Creditor's Name

**14445 Windmill Ln**
**Texline, TX 79087**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty of business debt**

**$291,200.00**

---

| 4.2 50 | | | |
|---|---|---|---|

**Steven Tran**

Nonpriority Creditor's Name

**c/o Hayes & Schanzer LLP**
**Attn: Andrew W. Hayes**
**43 West 43rd St, Suite 195**
**New York, NY 10036**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Co-plaintiff in 26-cv-141**

**Unknown**

---

Debtor 1   **Van L. Barker**

Debtor 2   **Siyuan Zheng**

Case number (if known) _____

---

**4.2 51**

**True Title Service, LLC**

Nonpriority Creditor's Name

**101 Plaza East Blvd**
**Ste 102**
**Evansville, IN 47715**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Co-defendant in 26-cv-141**

**Unknown**

---

**4.2 52**

**UD-Tale, LLC**

Nonpriority Creditor's Name

**732 S. 6th St #8056**
**Las Vegas, NV 89101**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty of business debt**

**$34,500.00**

---

**4.2 53**

**Unify Ventures Inc**

Nonpriority Creditor's Name

**3225 McLeod Dr, Suite 100**
**Las Vegas, NV 89121**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty of business debt**

**$129,800.00**

---

Debtor 1   **Van L. Barker**
Debtor 2   **Siyuan Zheng**

Case number (if known) _____

| 4.2 54 | |
|---|---|

**University Title Agency, LLC**
Nonpriority Creditor's Name
**2700 Corporate Dr.**
**Ste. 200**
**Birmingham, AL 35242**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Co-defendant in 26-cv-141**

**Unknown**

---

| 4.2 55 | |
|---|---|

**Unlimited Funding, LLC**
Nonpriority Creditor's Name
**7631 E. Greenway Rd Suite B-2**
**Scottsdale, AZ 85260**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

**$555,250.00**

---

| 4.2 56 | |
|---|---|

**US Bank, NA, as Delaware Trustee**
Nonpriority Creditor's Name
**for Treaty Oak Mortgage Trust**
**c/o Schneiderman & Sherman PC**
**23938 Research Dr, Suite 300**
**Farmington, MI 48335**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

**$99,547.70**

---

Debtor 1  **Van L. Barker**
Debtor 2  **Siyuan Zheng**

Case number (if known) _____

| 4.2 57 | **USAA** | Last 4 digits of account number _____ | $14,021.03 |

Nonpriority Creditor's Name
**9800 Fredericksburg Rd**
**San Antonio, TX 78288**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another

□ Contingent
□ Unliquidated
□ Disputed

□ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify  **Credit card**

---

| 4.2 58 | **USAA-Amex** | Last 4 digits of account number _____ | $8,226.13 |

Nonpriority Creditor's Name
**9800 Fredericksburg Rd**
**San Antonio, TX 78288**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another

□ Contingent
□ Unliquidated
□ Disputed

□ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify  **Credit card**

---

| 4.2 59 | **VAS22 Solutions LLC** | Last 4 digits of account number _____ | $64,500.00 |

Nonpriority Creditor's Name
**11763 Ashlock Way**
**San Diego, CA 92131**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another

□ Contingent
□ Unliquidated
□ Disputed

□ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify  **Guaranty of business debt**

---

Debtor 1  **Van L. Barker**

Debtor 2  **Siyuan Zheng**

Case number (if known)

---

**4.2 60**

**Stephanie Vasquez**

Nonpriority Creditor's Name

**1824 W Seldon Way**
**Phoenix, AZ 85021**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Guaranty of business debt**

**$215,250.00**

---

**4.2 61**

**Vernon Creative Consulting LLC**

Nonpriority Creditor's Name

**79-1 4th St. N, Suite 300**
**St. Petersburg, FL 33702**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Guaranty of business debt**

**$256,777.77**

---

**4.2 62**

**Viama LLC**

Nonpriority Creditor's Name

**1333 Old Spanish Trail**
**Suite G-165**
**Houston, TX 77054**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Guaranty of business debt**

**$324,580.00**

---

Debtor 1  **Van L. Barker**

Debtor 2  **Siyuan Zheng**

Case number (if known) _____

| 4.2 63 | | |
|---|---|---|

**Vision Title, LLC**

Nonpriority Creditor's Name

**aka Visionland Title Agency**
**6363 York Rd**
**Ste 303**
**Parma Heights, OH 44130**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Co-defendant in 26-cv-141**

---

| 4.2 64 | | |
|---|---|---|

**We Fund Solutions LLC**

Nonpriority Creditor's Name

**c/o Hayes & Schanzer LLP**
**Attn: Andrew W. Hayes**
**43 West 43rd St, Suite 195**
**New York, NY 10036**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Co-plaintiff in 26-cv-141**

---

| 4.2 65 | | |
|---|---|---|

**WealthFlow Alliance LLC**

Nonpriority Creditor's Name

**3266 Memorial Blvd**
**Suite E 304**
**Murfreesboro, TN 37129**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____     **$15,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Guaranty of business debt**

---

Debtor 1    **Van L. Barker**
Debtor 2    **Siyuan Zheng**                                    Case number (if known)

---

**4.2 66**

**Jennifer Wehmeyer**
Nonpriority Creditor's Name
**10021 Hidden Bluff**
**Mcgregor, TX 76657**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

**$469,820.00**

---

**4.2 67**

**Van Wehmeyer**
Nonpriority Creditor's Name
**c/o Hayes & Schanzer LLP**
**Attn: Andrew W. Hayes**
**43 West 43rd St, Suite 195**
**New York, NY 10036**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Co-plaintiff in 26-cv-141**

**Unknown**

---

**4.2 68**

**Weihai Bank**
Nonpriority Creditor's Name
**No. 137A Qingdao North Road**
**Weihai, Shandong CHINA 264200**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal loan**

**$53,485.00**

---

Official Form 106 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor 1  **Van L. Barker**
Debtor 2  **Siyuan Zheng**                                          Case number (if known) _____

---

**4.2 69**

**Westcor Land Title Insurance Co.**

Nonpriority Creditor's Name

**875 Concourse Parkway**
**South Ste 200**
**Maitland, FL 32751**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____        **Unknown**

**When was the debt incurred?**       _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Co-defendant in 26-cv-141**

---

**4.2 70**

**WFG National Title Ins. Co.**

Nonpriority Creditor's Name

**12909 SW 68th Parkway**
**Suite 350**
**Portland, OR 97223**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____        **Unknown**

**When was the debt incurred?**       _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Co-defendant in 26-cv-141**

---

**4.2 71**

**WIC11 Unlimited LLC**

Nonpriority Creditor's Name

**2428 Almeda Avenue**
**Suite 152**
**Norfolk, VA 23513**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____        **$776,861.00**

**When was the debt incurred?**       _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

---

Debtor 1   **Van L. Barker**

Debtor 2   **Siyuan Zheng**

Case number (if known) _____

| 4.2 72 | **Wilmington Savings Fund Society** | | $150,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**c/o Shellpoint Mortgage Servicing
75 Beattie Place
Suite 300
Greenville, SC 29601**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty of business debt**

| 4.2 73 | **Wilmington Savings Fund Society** | | $130,054.70 |
|---|---|---|---|

Nonpriority Creditor's Name

**Owner Trustee of FLIC Residential
Mortgage Trust
1601 LBJ Freeway, Suite 150
Farmers Branch, TX 75234**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty of business debt**

Debtor 1  **Van L. Barker**
Debtor 2  **Siyuan Zheng**

Case number (if known) _____

| 4.2 74 | **Wilmington Savings Fund Society** | Last 4 digits of account number _____ | **$118,545.11** |

Nonpriority Creditor's Name
**Owner Trustee of NYMT Loan Trust 2024-IN**
**c/o Fay Servicing, LLC**
**Farmers Branch, TX 75234**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

---

| 4.2 75 | **Wilmington Savings Fund Society** | Last 4 digits of account number _____ | **$130,075.91** |

Nonpriority Creditor's Name
**Owner Trustee of NYMT Loan Trust 2024-IN**
**1601 LBJ Freeway, Suite 150**
**Farmers Branch, TX 75234**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

---

| 4.2 76 | **Windmill Properties LLC** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**159 N Wolcott St**
**Ste 415 #640524**
**Cheyenne, WY 82001**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Co-defendant in 26-cv-141**

---

Debtor 1   **Van L. Barker**
Debtor 2   **Siyuan Zheng** _____     Case number (if known) _____

| 4.2 77 | | | |
|---|---|---|---|

**WNY MJA Solutions, LLC**
Nonpriority Creditor's Name
**8245 Clarherst Dr**
**East Amherst, NY 14051**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____      **$225,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

---

| 4.2 78 | | | |
|---|---|---|---|

**Zia Capital Enterprise LLC**
Nonpriority Creditor's Name
**1209 Mountain Road PL NE**
**Suite R**
**Albuquerque, NM 87110**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____      **$37,500.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

---

| 4.2 79 | | | |
|---|---|---|---|

**ZiraCo LLC**
Nonpriority Creditor's Name
**159 N Wolcott St**
**Ste 415 #720085**
**Cheyenne, WY 82001**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____      **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Co-defendant in 26-cv-141**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you**

Debtor 1  **Van L. Barker**

Debtor 2  **Siyuan Zheng**

Case number (if known) _____

**have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Beach Park Partners, LLC**<br>**PO Box 10066**<br>**Tampa, FL 33679** | Line **4.272** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Clunk, Hoose Co., LPA**<br>**Attn: Ethan J. Clunk**<br>**495 Wolf Ledges Pkwy**<br>**Akron, OH 44311** | Line **4.272** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Clunk, Hoose Co., LPA**<br>**Attn: Ethan J. Clunk**<br>**495 Wolf Ledges Pkwy**<br>**Akron, OH 44311** | Line **4.273** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Clunk, Hoose Co., LPA**<br>**Attn: Ethan J. Clunk**<br>**495 Wolf Ledges Pkwy**<br>**Akron, OH 44311** | Line **4.275** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Codilis Law, LLC**<br>**8050 Cleveland Place**<br>**Merrillville, IN 46410** | Line **4.274** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Gray Ice Higdon, PLLC**<br>**Attn: Andrew D. Stosberg**<br>**3939 Shelbyville Rd**<br>**Suite 201**<br>**Louisville, KY 40207** | Line **4.146** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Hardin Kundla McKeon & Poletto, PA**<br>**Attn: Arthur A Povelones, Jr**<br>**673 Morris Ave**<br>**Springfield, NJ 07081** | Line **4.155** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Hayes & Schanzer LLP**<br>**Andrew W. Hayes, Esq.**<br>**43 West 43rd St., Suite 195**<br>**New York, NY 10036-7424** | Line **4.240** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Loftus & Eisenberg, Ltd.**<br>**Alexander N. Loftus, Esq.**<br>**181 W. Madison Street**<br>**Suite 4700**<br>**Chicago, IL 60602** | Line **4.60** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Loftus & Eisenberg, Ltd.** | Line **4.231** of (Check one): |

Official Form 106 E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          **Page 96 of 98**

Debtor 1  **Van L. Barker**
Debtor 2  **Siyuan Zheng**

Case number (if known) _____

**Alexander N. Loftus, Esq.**
**181 W. Madison Street**
**Suite 4700**
**Chicago, IL 60602**

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Mendes & Mount, LLP**
**Attn: Matthew B. Anderson**
**750 Seventh Ave**
**New York, NY 10019**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.113** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Michele Henry Law, P.C.**
**Michele Henry, Esq.**
**517 W. Ormsby Ave.**
**Louisville, KY 40203**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.60** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Michele Henry Law, P.C.**
**Michele Henry, Esq.**
**517 W. Ormsby Ave.**
**Louisville, KY 40203**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.231** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**RCN Capital, LLC**
**75 Gerber Road East**
**Suite 102**
**South Windsor, CT 06074**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.256** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Slarskey LLC**
**Attn: Evan Fried**
**767 Third Ave**
**14th Floor**
**New York, NY 10170**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.114** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**TA Legal Group, PLLC**
**Taimur Alamgir, Esq.**
**205 E. Main St., Ste 3-2**
**Huntington, NY 11743**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.240** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Winget, Spadafora & Schwartzberg, LLP**
**Attn: Anthony D. Green**
**45 Broadway**
**32nd Floor**
**New York, NY 10006**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.251** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

| **Part 4:** | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 0.00 |

Official Form 106 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          **Page 97 of 98**

Debtor 1   **Van L. Barker**

Debtor 2   **Siyuan Zheng**

Case number (if known)

|  |  |  |  |  |
|---|---|---|---|---|
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 37,773,540.54 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 37,773,540.54 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Van L. Barker** |
| | First Name                    Middle Name                    Last Name |
| Debtor 2 | **Siyuan Zheng** |
| (Spouse if, filing) | First Name                    Middle Name                    Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF KENTUCKY |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1.  **Do you have any executory contracts or unexpired leases?**

    ☑ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 _____<br>Name<br>_____<br>Number    Street<br>_____<br>City          State        ZIP Code | |
| 2.2 _____<br>Name<br>_____<br>Number    Street<br>_____<br>City          State        ZIP Code | |
| 2.3 _____<br>Name<br>_____<br>Number    Street<br>_____<br>City          State        ZIP Code | |
| 2.4 _____<br>Name<br>_____<br>Number    Street<br>_____<br>City          State        ZIP Code | |
| 2.5 _____<br>Name<br>_____<br>Number    Street<br>_____<br>City          State        ZIP Code | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Van L. Barker** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Siyuan Zheng** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   WESTERN DISTRICT OF KENTUCKY

Case number
(if known) _____

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

☐ No
■ Yes.

In which community state or territory did you live?   **Arizona** . Fill in the name and current address of that person.

**Siyuan Zheng**                                                              **formerly resided at:**
**3208 Bird Song Court**                                          **115 Mizner Ave**
**Melbourne, FL 32934**                                         **Fort Huachuca, AZ 85613**
Name of your spouse, former spouse, or legal equivalent
Number, Street, City, State & Zip Code

In which community state or territory did you live?   **Arizona** . Fill in the name and current address of that person.

**Van L. Barker**                                                            **formerly resided at:**
**3405 KY-146**                                                         **115 Mizner Ave**
**La Grange, KY 40031**                                          **Fort Huachuca, AZ 85613**
Name of your spouse, former spouse, or legal equivalent
Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1   **Ariel Mermelshtayn Barker**<br>**5610 Las Virgenes Road 46**<br>**Calabasas, CA 91302** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.274**<br>☐ Schedule G _____<br>**Wilmington Savings Fund Society** |

| | |
|---|---|
| Debtor 1  **Van L. Barker**<br>**Siyuan Zheng** | Case number *(if known)* _____ |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.2 | **Ariel Mermelshtayn Barker**<br>**5610 Las Virgenes Road 46**<br>**Calabasas, CA 91302** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.272**___<br>☐ Schedule G _____<br>**Wilmington Savings Fund Society** |
| 3.3 | **AVS Estates LLC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.240**___<br>☐ Schedule G _____<br>**SummitBridge Wealth Management LLC** |
| 3.4 | **Ariel Mermelshtayn Barker**<br>**5610 Las Virgenes Road 46**<br>**Calabasas, CA 91302** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.256**___<br>☐ Schedule G _____<br>**US Bank, NA, as Delaware Trustee** |
| 3.5 | **Bluestar Capital LLC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.240**___<br>☐ Schedule G _____<br>**SummitBridge Wealth Management LLC** |
| 3.6 | **CeeKou LLC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.240**___<br>☐ Schedule G _____<br>**SummitBridge Wealth Management LLC** |
| 3.7 | **Marcia Donaldson**<br>**85030 Majestic Walk Blvd**<br>**Fernandina Beach, FL 32034**<br>**Co-defendant in 2:26-cv-00141-JMA-ST (EDNY)** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.240**___<br>☐ Schedule G _____<br>**SummitBridge Wealth Management LLC** |
| 3.8 | **Ronald J. Harris, Jr.**<br>**3400 Dutchmans Lane**<br>**Louisville, KY 40205**<br>**Co-defendant in 2:26-cv-00141-JMA-ST (EDNY)** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.240**___<br>☐ Schedule G _____<br>**SummitBridge Wealth Management LLC** |
| 3.9 | **Joshua James Kennedy**<br>**2710 Aruba Court**<br>**Evansville, IN 47725**<br>**Co-defendant in 3:26-cv-00280 (WDKY)** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.60**___<br>☐ Schedule G _____<br>**Crystal Cervantez-Tkac** |

Debtor 1   **Van L. Barker**
**Siyuan Zheng**                                          Case number *(if known)*

| | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.10  **Joshua James Kennedy**<br>**2710 Aruba Court**<br>**Evansville, IN 47725**<br>**Co-defendant in 2:26-cv-00141-JMA-ST (EDNY)** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.240__<br>☐ Schedule G _____<br>**SummitBridge Wealth Management LLC** |
| 3.11  **Lighthouse Estates LLC**<br>**5720B Brown Ave**<br>**Fort Knox, KY 40121**<br>**Co-defendant in 3:26-cv-00280 (WDKY)** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.60__<br>☐ Schedule G _____<br>**Crystal Cervantez-Tkac** |
| 3.12  **Lighthouse Estates LLC**<br>**5720B Brown Ave**<br>**Fort Knox, KY 40121** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.256__<br>☐ Schedule G _____<br>**US Bank, NA, as Delaware Trustee** |
| 3.13  **Lighthouse Estates LLC**<br>**5720B Brown Ave**<br>**Fort Knox, KY 40121** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.274__<br>☐ Schedule G _____<br>**Wilmington Savings Fund Society** |
| 3.14  **Lighthouse Estates LLC**<br>**5720B Brown Ave**<br>**Fort Knox, KY 40121** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.272__<br>☐ Schedule G _____<br>**Wilmington Savings Fund Society** |
| 3.15  **Lighthouse Estates LLC**<br>**5720B Brown Ave**<br>**Fort Knox, KY 40121** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.275__<br>☐ Schedule G _____<br>**Wilmington Savings Fund Society** |
| 3.16  **Lighthouse Estates LLC**<br>**5720B Brown Ave**<br>**Fort Knox, KY 40121** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.163__<br>☐ Schedule G _____<br>**Louisville/Jefferson County Metro Gov't** |
| 3.17  **Red Door Legacy LLC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.240__<br>☐ Schedule G _____<br>**SummitBridge Wealth Management LLC** |

Debtor 1    **Van L. Barker**
**Siyuan Zheng**    Case number *(if known)* _____

<table>
<tr><td colspan="2">■ **Additional Page to List More Codebtors**</td></tr>
<tr><td>*Column 1:* **Your codebtor**</td><td>*Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply:</td></tr>
<tr>
<td>3.18  **Redwoods Real Estate LLC**</td>
<td>☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.240**<br>☐ Schedule G _____<br>**SummitBridge Wealth Management LLC**</td>
</tr>
<tr>
<td>3.19  **Starpoint Holdings L.L.C. (IN)**<br>**8520 Allison Pointe Blvd**<br>**Suite 223**<br>**Indianapolis, IN 46250**<br>**Co-defendant in 3:26-cv-00280 (WDKY)**</td>
<td>☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.60**<br>☐ Schedule G _____<br>**Crystal Cervantez-Tkac**</td>
</tr>
<tr>
<td>3.20  **Taihe Estates LLC**</td>
<td>☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.240**<br>☐ Schedule G _____<br>**SummitBridge Wealth Management LLC**</td>
</tr>
<tr>
<td>3.21  **Wavewell Foundation Inc.**</td>
<td>☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.240**<br>☐ Schedule G _____<br>**SummitBridge Wealth Management LLC**</td>
</tr>
</table>

Fill in this information to identify your case:

Debtor 1 __Van L. Barker__

Debtor 2 __Siyuan Zheng__
(Spouse, if filing)

United States Bankruptcy Court for the: WESTERN DISTRICT OF KENTUCKY

Case number _____
(If known)

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 income as of the following date:
  _____
  MM / DD/ YYYY

## Official Form 106I

# Schedule I: Your Income

**12/15**

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Describe Employment |
| --- | --- |

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
| --- | --- | --- | --- |
| **Employment status** | | ☐ Employed<br>■ Not employed | ☐ Employed<br>■ Not employed |
| **Occupation** | | | |
| **Employer's name** | | | |
| **Employer's address** | | | |
| **How long employed there?** | | | |

| Part 2: | Give Details About Monthly Income |
| --- | --- |

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
| --- | --- | --- | --- | --- |
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ 0.00 | $ 0.00 |

Debtor 1 **Van L. Barker**
Debtor 2 **Siyuan Zheng**                                    Case number (*if known*) _____

|  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 + | $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. — 6. — $ 0.00 — $ 0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. — 7. — $ 0.00 — $ 0.00

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: **VA disability compensation** | 8f. | $ 4,628.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: _____ | 8h.+ | $ 0.00 + | $ 0.00 |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. — 9. — $ 4,628.00 — $ 0.00

10. **Calculate monthly income.** Add line 7 + line 9. — 10. — $ 4,628.00 + $ 0.00 = $ 4,628.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____   11.  +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies   12.  $ 4,628.00
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
■ Yes. Explain: **Debtor 2 is seeking employment**

**Fill in this information to identify your case:**

Debtor 1     **Van L. Barker**

Debtor 2     **Siyuan Zheng**
(Spouse, if filing)

United States Bankruptcy Court for the:   WESTERN DISTRICT OF KENTUCKY

Case number
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses
**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:     Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

     ■ No

     ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**      ■ No

   Do not list Debtor 1 and Debtor 2.      ☐ Yes.   Fill out this information for each dependent..............

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No    ☐ Yes

### Part 2:     Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | **Your expenses** |
|---|---|

| | | |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ 0.00 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ 0.00 |

Debtor 1    **Van L. Barker**
Debtor 2    **Siyuan Zheng**                                    Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | **0.00** |
| | 6b. | Water, sewer, garbage collection | 6b. $ | **0.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **100.00** |
| | 6d. | Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | | 7. $ | **800.00** |
| 8. | **Childcare and children's education costs** | | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | **50.00** |
| 10. | **Personal care products and services** | | 10. $ | **0.00** |
| 11. | **Medical and dental expenses** | | 11. $ | **50.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | **100.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | **0.00** |
| 14. | **Charitable contributions and religious donations** | | 14. $ | **0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | **0.00** |
| | 15b. | Health insurance | 15b. $ | **100.00** |
| | 15c. | Vehicle insurance | 15c. $ | **91.00** |
| | 15d. | Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | **0.00** |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | **0.00** |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | **493.00** |
| | 17c. | Other. Specify: **The Agricultural Bank of China loan payment** | 17c. $ | **2,650.00** |
| | 17d. | Other. Specify: **Weihai Bank loan payment** | 17d. $ | **500.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | $ 19. | **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | | |
| | 20a. | Mortgages on other property | 20a. $ | **0.00** |
| | 20b. | Real estate taxes | 20b. $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify: | | 21. +$ | **0.00** |

| | | |
|---|---|---|
| 22. | **Calculate your monthly expenses** | |
| | 22a. Add lines 4 through 21. | $ **4,934.00** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ **4,934.00** |
| 23. | **Calculate your monthly net income.** | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ **4,628.00** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ **4,934.00** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ **-306.00** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

■ Yes.    Explain here: **Debtor 2 expects to incur rent obligations and other household expenses**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Van L. Barker** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Siyuan Zheng** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF KENTUCKY |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information     **12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

| Part 1: | Summarize Your Assets |
|---|---|

|  | | **Your assets** Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) 1a. Copy line 55, Total real estate, from Schedule A/B.................................................................. | $ 345,000.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B...................................................... | $ 55,761.16 |
| | 1c. Copy line 63, Total of all property on Schedule A/B.................................................................. | $ 400,761.16 |

| Part 2: | Summarize Your Liabilities |
|---|---|

|  | | **Your liabilities** Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 620,259.11 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $ 0.00 |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ 37,773,540.54 |
| | **Your total liabilities** | $ 38,393,799.65 |

| Part 3: | Summarize Your Income and Expenses |
|---|---|

|  | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*................................................................................ | $ 4,628.00 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*............................................................ | $ 4,934.00 |

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7. **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

■ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

| | | |
|---|---|---|
| Official Form 106Sum | **Summary of Your Assets and Liabilities and Certain Statistical Information** | page 1 of 2 |

Debtor 1 **Van L. Barker**

Debtor 2 **Siyuan Zheng**

Case number *(if known)* _____

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | **+**$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Van L. Barker** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Siyuan Zheng** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    WESTERN DISTRICT OF KENTUCKY

Case number _____
(if known)

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Siyuan Zheng, as attorney-in-fact for Van L. Barker**

**Van L. Barker**
Signature of Debtor 1

Date **July 12, 2026**

X **/s/ Siyuan Zheng**

**Siyuan Zheng**
Signature of Debtor 2

Date **July 12, 2026**

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Van L. Barker |
| Debtor 2 (Spouse, if filing) | Siyuan Zheng |
| United States Bankruptcy Court for the: | Western District of Kentucky |
| Case number (if known) | |

**Check one box only as directed in this form and in Form 122A-1Supp:**

■ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A - 1
# Chapter 7 Statement of Your Current Monthly Income

**12/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

**Part 1:**  Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married**. Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

   Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | *Column A*<br>**Debtor 1** | *Column B*<br>**Debtor 2 or non-filing spouse** |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ _____ | $ _____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ _____ | $ _____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3**.** | $ _____ | $ _____ |

5. **Net income from operating a business, profession, or farm**

| | **Debtor 1** | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | | |
| Ordinary and necessary operating expenses | -$ _____ | | |
| Net monthly income from a business, profession, or farm | $ _____ | **Copy here ->** $ _____ | $ _____ |

6. **Net income from rental and other real property**

| | **Debtor 1** | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | | |
| Ordinary and necessary operating expenses | -$ _____ | | |
| Net monthly income from rental or other real property | $ _____ | **Copy here ->** $ _____ | $ _____ |

| 7. **Interest, dividends, and royalties** | $ _____ | $ _____ |
|---|---|---|

| Debtor 1 | **Van L. Barker** |
|---|---|
| Debtor 2 | **Siyuan Zheng** |

Case number (*if known*) _____

|  | | Column A<br>**Debtor 1** | Column B<br>**Debtor 2 or<br>non-filing spouse** |
|---|---|---|---|

8. **Unemployment compensation**

$ _____    $ _____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you ................................................................. $ _____

For your spouse ............................................. $ _____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

$ _____    $ _____

10. **Income from all other sources not listed above.**  Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation  pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below..

. _____    $ _____    $ _____

_____    $ _____    $ _____

Total amounts from separate pages, if any.    **+** $ _____    $ _____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ _____ **+** $ _____ **=** $ _____

**Total current monthly income**

---

| **Part 2:** | **Determine Whether the Means Test Applies to You** |
|---|---|

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 ................................ **Copy line 11 here=>**    $ _____

Multiply by 12 (the number of months in a year)    **x  12**

12b. The result is your annual income for this part of the form    12b.  $ _____

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.    [_____]

Fill in the number of people in your household.    [_____]

Fill in the median family income for your state and size of household. ........................    13.  $ _____

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a.  ☐    Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse*. Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b.  ☐    Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2*. Go to Part 3 and fill out Form 122A–2.

---

| **Part 3:** | **Sign Below** |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X** **/s/ Siyuan Zheng, as attorney-in-fact for Van L. Barker**    **X** **/s/ Siyuan Zheng**

**Van L. Barker**    **Siyuan Zheng**

Signature of Debtor 1    Signature of Debtor 2

Official Form 122A-1    **Chapter 7 Statement of Your Current Monthly Income**    **page 2**

Debtor 1    **Van L. Barker**
Debtor 2    **Siyuan Zheng**                                      Case number (*if known*) _____

Date **July 12, 2026** _____          Date **July 12, 2026** _____
      MM / DD  / YYYY                                  MM / DD  / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
<tr><td>Debtor 1</td><td><strong>Van L. Barker</strong></td></tr>
<tr><td>Debtor 2<br>(Spouse, if filing)</td><td><strong>Siyuan Zheng</strong></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:   Western District of Kentucky</td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 122A - 1Supp
# Statement of Exemption from Presumption of Abuse Under § 707(b)(2)     **12/15**

**File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 If you believe that this is required by 11 U.S.C. § 707(b)(2)(C).**

| **Part 1** | **Identify the Kind of Debts You Have** |
| --- | --- |

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 1).

   ■ No.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes.   Go to Part 2.

| **Part 2:** | **Determine Whether Military Service Provisions Apply to You** |
| --- | --- |

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

   ☐ No.   Go to line 3.

   ☐ Yes.   Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

   ☐ No.   Go to line 3.

   ☐ Yes.   Go to Form 122A-1: on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.   Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes.   Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

   ☐ No.   Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes.   Check any one of the following categories that applies:

   ☐ **I was called to active duty after September 11, 2001**, for at least 90 days and remain on active duty.

   ☐ **I was called to active duty after September 11, 2001**, for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

   ☐ **I am performing a homeland defense activity for at least 90 days.**

   ☐ **I performed a homeland defense activity for at least 90 days**, ending on _____, which is fewer than 540 days before I file this bankruptcy case.

   > If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now*, and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
   >
   > If your exclusion period ends before your case is closed, you may have to file an amended form later.

| Fill in this information to identify your case: |
| --- |

Debtor 1          **Van L. Barker**

Debtor 2          **Siyuan Zheng**
(Spouse, if filing)

United States Bankruptcy Court for the:     Western District of Kentucky

Case number
(if known)

**Check one box only as directed in this form and in Form 122A-1Supp:**

■ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

Official Form 122A - 1
# Chapter 7 Statement of Your Current Monthly Income
**12/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

| Part 1: | Calculate Your Current Monthly Income |
| --- | --- |

1.  **What is your marital and filing status?** Check one only.

☐ **Not married**. Fill out Column A, lines 2-11.

☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

   ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

   ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | *Column A*<br>**Debtor 1** | *Column B*<br>**Debtor 2 or<br>non-filing spouse** |
| --- | --- | --- |
| 2.  **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ _____ | $ _____ |
| 3.  **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ _____ | $ _____ |
| 4.  **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3**.** | $ _____ | $ _____ |

5.  **Net income from operating a business, profession, or farm**

| | **Debtor 1** | | |
| --- | --- | --- | --- |
| Gross receipts (before all deductions) | $ _____ | | |
| Ordinary and necessary operating expenses | -$ _____ | | |
| Net monthly income from a business, profession, or farm | $ _____   **Copy here ->** | $ _____ | $ _____ |

6.  **Net income from rental and other real property**

| | **Debtor 1** | | |
| --- | --- | --- | --- |
| Gross receipts (before all deductions) | $ _____ | | |
| Ordinary and necessary operating expenses | -$ _____ | | |
| Net monthly income from rental or other real property | $ _____   **Copy here ->** | $ _____ | $ _____ |

| 7.  **Interest, dividends, and royalties** | $ _____ | $ _____ |
| --- | --- | --- |

Debtor 1   **Van L. Barker**
Debtor 2   **Siyuan Zheng**

Case number (*if known*)

|  | Column A **Debtor 1** | Column B **Debtor 2 or non-filing spouse** |
|---|---|---|

8. **Unemployment compensation**

$ _____    $ _____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you ............................................................... $ _____ _____

For your spouse ............................................. $ _____ _____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

$ _____    $ _____

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below..

. _____    $ _____    $ _____

_____    $ _____    $ _____

Total amounts from separate pages, if any.   **+** $ _____    $ _____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ _____ **+** $ _____ **=** $ _____

**Total current monthly income**

| **Part 2:** | **Determine Whether the Means Test Applies to You** |
|---|---|

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 ............................ **Copy line 11 here=>**   $ _____

Multiply by 12 (the number of months in a year)   **x  12**

12b. The result is your annual income for this part of the form   12b.  $ _____

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.   [          ]

Fill in the number of people in your household.   [          ]

Fill in the median family income for your state and size of household. ......................   13.  $ _____

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ☐   Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse*. Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b. ☐   Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2*. Go to Part 3 and fill out Form 122A–2.

| **Part 3:** | **Sign Below** |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X** **/s/ Siyuan Zheng, as attorney-in-fact for Van L. Barker**

**Van L. Barker**
Signature of Debtor 1

**X** **/s/ Siyuan Zheng**

**Siyuan Zheng**
Signature of Debtor 2

Official Form 122A-1    **Chapter 7 Statement of Your Current Monthly Income**    **page 2**

Debtor 1    **Van L. Barker**
Debtor 2    **Siyuan Zheng**                                                    Case number (*if known*) _____

Date **July 12, 2026** _____                 Date **July 12, 2026** _____
         MM / DD / YYYY                                                    MM / DD  / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

Fill in this information to identify your case:

Debtor 1    **Van L. Barker**

Debtor 2    **Siyuan Zheng**
(Spouse, if filing)

United States Bankruptcy Court for the:    Western District of Kentucky

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 122A - 1Supp
## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)    **12/15**

**File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 If you believe that this is required by 11 U.S.C. § 707(b)(2)(C).**

| Part 1 | Identify the Kind of Debts You Have |
|---|---|

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 1).

   ■ No.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes.  Go to Part 2.

| Part 2: | Determine Whether Military Service Provisions Apply to You |
|---|---|

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

   ☐ No.   Go to line 3.

   ☐ Yes.  Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity?
   10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

      ☐ No.     Go to line 3.

      ☐ Yes.    Go to Form 122A-1: on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.   Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes.  Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

      ☐ No.     Complete Form 122A-1. Do not submit this supplement.

      ☐ Yes.    Check any one of the following categories that applies:

         ☐ **I was called to active duty after September 11, 2001**, for at least 90 days and remain on active duty.

         ☐ **I was called to active duty after September 11, 2001**, for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

         ☐ **I am performing a homeland defense activity for at least 90 days.**

         ☐ **I performed a homeland defense activity for at least 90 days**, ending on _____, which is fewer than 540 days before I file this bankruptcy case.

> If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now*, and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
>
> If your exclusion period ends before your case is closed, you may have to file an amended form later.

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Western District of Kentucky

In re    **Van L. Barker**
      **Siyuan Zheng** _____    Case No. _____
                              Debtor(s)      Chapter    **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept _____   $      **3,500.00**

     Prior to the filing of this statement I have received _____   $      **3,500.00**

     Balance Due _____   $      **0.00**

2.   $ **338.00** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

        ■ Debtor      ☐ Other (specify):

4.   The source of compensation to be paid to me is:

        ■ Debtor      ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [List other services that counsel has agreed to provide]
          **i. Determination of, and planning for, exemptions to be claimed with respect to property of the estate; and**
          **ii. Preparation and filing of reaffirmation agreements and applications as needed.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
          **i. Representation in any associated cases or proceedings pending or initiated before state court, federal courts not related to the bankruptcy case, or administrative tribunals, or any adversary proceeding filed following commencement of the bankruptcy case;**
          **ii. Issuing or responding to discovery requests pursuant to Fed. R. Bankr. P. 2004 of any person or entity, or related proceedings to compel or limit production thereunder;**
          **iii. Representation in proceedings to modify, terminate, or lift the automatic stay, or proceedings related to the scope or enforcement thereof; or**
          **iv. Representation in contested matters concerning the trustee's administration of estate property.**

          **Debtors have acknowledged that representation by KJAB in matters excluded by engagement agreement, if any, will be subject to hourly billing at the rate of $335/hour.**

In re    **Van L. Barker**
    **Siyuan Zheng**

Case No. _____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**July 12, 2026**
*Date*

**/s/ Tyler R. Yeager**
**Tyler R. Yeager**
*Signature of Attorney*
**Kaplan Johnson Abate & Bird LLP**
**471 W. Main St.**
**Suite 203**
**Louisville, KY 40202**
**(502) 416-1630  Fax: (502) 540-8282**
**tyeager@kaplanjohnsonlaw.com**
*Name of law firm*

---

# United States Bankruptcy Court
### Western District of Kentucky

In re    **Van L. Barker**    **Siyuan Zheng**        Case No. _____

Debtor(s)      Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    **July 12, 2026** _____      **/s/ Siyuan Zheng, as attorney-in-fact for Van L. Barker** _____
                                                    **Van L. Barker**
                                                    Signature of Debtor

Date:    **July 12, 2026** _____      **/s/ Siyuan Zheng** _____
                                                    **Siyuan Zheng**
                                                    Signature of Debtor

2MR REI 401K Plan
12295 Tibbetts St
Odessa, FL 33556

3 Eagle Brothers Ventures, LLC
1718 Capital Ave
Cheyenne, WY 82001

3 Putt Bogey LLC
4012 Dupont Circle #112
Louisville, KY 40207

4G Investments LLC
755 9th Ave
Marion, IA 52302

A & N Divine Solutions LLC
7901 14th St. N.
Suite 300
St. Petersburg, FL 33702

AAssistance Realty LLC
391 E. 925 N.
Wheatfield, IN 46392

Abundant Life TC Services, LLC
1810 York Ave
Williamstown, NJ 08094

Accelerated Growth Capital
508 Main St Suite A
Evansville, IN 47708

AF 401K Plan & Trust
2614 S Brown Ave
Orlando, FL 32806

The Agricultural Bank of China
1098 Jichang Rd
Zhoucun District
Zibo, Shandong, CHINA

AHR Consulting LLC
13438 Bavarian Dr
San Diego, CA 92129

AidenInvestmentProperties LLC
26210 Little Mack Ave
St Clair Shores, MI 48081

Aligned Living Solutions Inc.
101 Creekside Ridge Ct
Ste 210-36
Roseville, CA 95678

Alleygator Group LLC
1050 Queen St. Suite 100
Honolulu, HI 96814

Altamont Solutions LLC
6111 Fieldstone Dr
Livermore, CA 94551

AMARA Kins LLC
2138 Elderberry Dr
Florence, SC 29505

Adelino Amaral
10114 Oboe Dr.
Houston, TX 77025

American Express
PO Box 981537
El Paso, TX 79998

AMI Property Group, LLC
8 The Green STE A
Dover, DE 19901

AMPM Group Enterprise LLC
96 Signs Rd.
Staten Island, NY 10314

Arctic Fox LLC
1457 Harvard St.
Longmont, CO 80503

Ariel Mermelshtayn Barker
5610 Las Virgenes Road 46
Calabasas, CA 91302

ARNA Premier Property Solutions, LLC
329 S Oyster Bay Rd
Suite 202
Plainview, NY 11803

ASH Dynamic Consulting LLC
7104 Stag Horn Dr NW
Albuquerque, NM 87120

B32 Ventures LLC
133 Rockingham Dr
Murfreesboro, TN 37129

Back Pocket Ops, LLC
14316 Reese Blvd W
Suite B-1739
Huntersville, NC 28078

Barker Professional Service LLC
10579 SAN LEANDRO ST
Ventura, CA 93004

Ariel Mermelshtayn Barker
5610 Las Virgenes Road 46
Calabasas, CA 91302

Curran Barker
5610 Las Virgenes Road 46
Calabasas, CA 91302

Sandy J. Barth
20322 New Kentucky Village
Hockley, TX 77477

BCT Investments LLC
1041 Briar Glen Circle
McGregor, TX 76657

Beach Park Partners, LLC
PO Box 10066
Tampa, FL 33679

Boston C Beach
c/o Hayes & Schanzer LLP
Attn: Andrew W. Hayes
43 West 43rd St, Suite 195
New York, NY 10036

Kristin P Beach
c/o Hayes & Schanzer LLP
Attn: Andrew W. Hayes
43 West 43rd St, Suite 195
New York, NY 10036

Bear Capital LLC
3400 Dutchmans Lane
Louisville, KY 40205

Beyond Tiny, Inc
9431 Haven Ave Suite 100
Rancho Cucamonga, CA 91730

Bite Size Ventures LLC
3409 S Hunter Spring Dr
West Valley City, UT 84128

BJ's Enterprises LLC
3156 Bowerman Rd
Kingsley, MI 49649

Bertrand Blain
26 Fulton Dr
Stafford, VA 22554

Bertrand Blain
3001 Park Center Dr
Apt 418
Alexandria, VA 22302

BLDR Investments LLC
7464 Weminuche Dr NW
Albuquerque, NM 87114

Blue Merle Group LLC
41W263 Campton Trail Rd.
Saint Charles, IL 60175

BlueGreen13 LLC
103 Warren St.
Tunkhannock, PA 18657

BMoreHomeBuyers LLC
1004 Breezewick Rd
Townson, MD 21286

Maria Bock
1810 York Ave
Williamstown, NJ 08094

Bridging Purpose LLC
8580 Commons Ct
Florence, KY 41042

BuenaVida Properties LLC
525 Route 73
Marlton, NJ 08053

Bulwark Investments LLC
a/k/a Bulwark Automations, LLC
5810 Shelby Oaks Dr, Ste B
Memphis, TN 38134

C2MM LLC EQRP 401K
3356 Buckboard Dr.
Park City,, UT 84098

Caleb Ramsay EQRP 401k
2339 34th St, Unit 1
Santa Monica, CA 90405

Camden Harbor Ventures LLC -
East 25th St, Apt 16A
New York, NY 10010

Capital Tree Ventures LLC
8136 Cyers Lane
Orlando, FL 32822

Christopher Carl
102 Plaza East Blvd
Ste 103
Evansville, IN 47715

Casen Do REI Funding, LLC
3060 Williams Drive
Suite 300, Office 1007
Fairfax, VA 22031

CC Venture Innovations LLC
4327 S Hwy 27, Suite 330
Clermont, FL 34711

Cedar IRA LLC
c/o Hayes & Schanzer LLP
Attn: Andrew W. Hayes
43 West 43rd St, Suite 195
New York, NY 10036

Crystal Cervantez-Tkac
1170 Gaylord St
Denver, CO 80210

Law Office of Jeffrey Chabrowe
Jeffrey Chabrowe, Esq.
521 Fifth Avenue, 17th Floor
New York, NY 10175

Chandler Horse LLC
8809 S. 34th St
Bellevue, NE 68147

Chicago Title Company, LLC
34920 Ridge Road
Willoughby, OH 44094

Cliftview LLC
5000 Thayer Center, Ste C
Oakland, MD 21550

CLR Innovations EQRP 401k
12700 Hickory Creek Rd
Knoxville, TN 37932

Clunk, Hoose Co., LPA
Attn: Ethan J. Clunk
495 Wolf Ledges Pkwy
Akron, OH 44311

CN Investment Trust
c/o Hayes & Schanzer LLP
Attn: Andrew W. Hayes
43 West 43rd St, Suite 195
New York, NY 10036

Codilis Law, LLC
8050 Cleveland Place
Merrillville, IN 46410

Commonwealth Land Title Ins. Co
2112 Schuetz Road
St. Louis, MO 63146

Continental Title Company
10000 College Blvd
Suite 200
Overland Park, KS 66210

Cornelius Consulting LLC
8 The Grn
Ste A
Dover, DE 19901

D&A Elite Ventures Group, LLC
9299 NW 31st St
Polk City, IA 50226

Dawning Properties Team LLC
1401 21st St. Suite R
Sacramento, CA 95811

ddot Realty LLC
3535 NW 3rd Ave Apt. 6
Boca Raton, FL 33431

DHR Properties LLC dba Perpetual Title
130 St. Matthews Ave
Ste 300
Louisville, KY 40207

Directed Trust Company
FBO Christopher Adanene Roth IRA
6210 Wunderlin Ave
San Diego, CA 92114

Directed Trust Company
FBO Jacky Ling IRA
3033 N Central Ave Ste 400
Phoenix, AZ 85012

```
Directed Trust Company
FBO Lorelei Fara Traditional IRA
3033 N Central Ave, Ste 400
Phoenix, AZ 85012

Directed Trust Company
FBO Randy Cardona IRA
3033 N Central Ave. Ste 400
Phoenix, AZ 85012

Discover
PO Box 6103
Carol Stream, IL 60197

Marcia Donaldson
85030 Majestic Walk Blvd
Fernandina Beach, FL 32034

EHEN, LLC Series D
PO Box 1098
Cypress, TX 77410-1098

Elevated Horizons LLC
8963 Edgewood St
Highlands Ranch, CO 80130

Elite Title, LLC
12231 Manchester Road
St. Louis, MO 63131

Elizabeth Schwab EQRP 401k
785 Mill St
Bountiful, UT 84010

EMI General Contractors LLC
1170 W Main St
Lewisville, TX 75067

eQRP at Solera National Bank
319 S Sheridan Blvd
Denver, CO 80226

Equity Trust Company Custodian
FBO Elaina Tapscott IRA
101 Rainbow Dr #3207
Livingston, TX 77399

Equity Trust Company Custodian
FBO Karen Dudich
46 Camden Place
New Hyde Park, NY 11040
```

Equity Trust Company Custodian
FBO Kenneth Grove Hill Roth IRA
1 Equity Way
Westlake, OH 44145

Equity Trust Company Custodian
FBO Tinku Saha ROTH IRA
1 Equity Way
Westlake, OH 44145

Equity Trust Company Custodian
FBO Tinku Saha IRA
1 Equity Way
Westlake, OH 44145

Essent Title Insurance, Inc.
Two Radnor Corporate Center
100 Matsonford Road
Radnor, PA 19087

Estella Management & Transactions LLC
1021 East Lincolnway
Suite 8395
Cheyenne, WY 82001

Exceptional Holdings, LLC
c/o Hayes & Schanzer LLP
Attn: Andrew W. Hayes
43 West 43rd St, Suite 195
New York, NY 10036

Fairweather South, LLC
3208 Bird Song Ct
Melbourne, FL 32934

Fay Servicing LLC
5426 Bay Center Drive
Suite 300
Tampa, FL 33609

Ferrara Invest, LLC
15333 N. Pima Rd, Ste 305
Scottsdale, AZ 85260

Fidelity National Title Company, LLC
c/o Fidelity National Financial, Inc.
601 Riverside Ave
Jacksonville, FL 32204

Fifth Third Bank, N.A.
c/o Zwicker & Associates P.C.
2300 Litton Lane
Hebron, KY 41048

Fire on the Mountain Ventures LLC
13501 Andulusian Dr
Matthews, NC 28105

First American Title Insurance Co
1 First American Way
Santa Ana, CA 92707

First Class Title Agency, Inc.
3000 Town Center Dr.
STE 2450
Southfield, MI 48075

Fort Knox Housing Services Office
125 6th Avenue
Suite 101
Fort Knox, KY 40121

Freedom Title LLC
11220 Manchester Rd.
Kirkwood, MO 63122

Freya Fund LLC
15333 N. Pima Rd, Ste 305
Scottsdale, AZ 85260

General Title Insurance Company
25111 Country Club Blvd
Suite 210
North Olmsted, OH 44070

Golden Legacy Ventures LLC
13501 Andulusian Dr
Matthews, NC 28105

Golden Ridge IRA LLC
9299 NW 31st St
Polk City, IA 50226

Julie Goode
322 Aoloa St. APT 1202
Kailua, HI 96734

Graceful Innovations LLC
2501 Chatham Rd, Suite R
Springfield, IL 62704

Gray Ice Higdon, PLLC
Attn: Andrew D. Stosberg
3939 Shelbyville Rd
Suite 201
Louisville, KY 40207

GSA DR, LLC
5720B Brown Ave
Fort Knox, KY 40121

GY Estates LLC
4096 Topaz Hills Dr North
Las Vegas, NV 89032

H&L Investments LLC
605 Easy Rock Landing
Broussard, LA 70518

Hardin Kundla McKeon & Poletto, PA
Attn: Arthur A Povelones, Jr
673 Morris Ave
Springfield, NJ 07081

Ronald J. Harris, Jr.
3400 Dutchmans Lane
Louisville, KY 40205

Hayes & Schanzer LLP
Andrew W. Hayes, Esq.
43 West 43rd St., Suite 195
New York, NY 10036-7424

Hidden Gems TC Services LLC
463688 State Road 200
Suite 1-350
Yulee, FL 32097

Hidden Gems Ventures LLC
463688 State Road 200
Suite 1-350
Yulee, FL 32097

Nathan Nolan Hillard
15 Beaverbrook Dr.
Brookhaven, NY 11719

HL2304GLOBAL LLC
1429 Freedonia Dr
Houston, TX 77055

HLMD VENTURES LLC
4 MacGregor Ct
Londonderry, NH 03053

Holding Wyoming LLC
30 N Gould St Ste N
Sheridan, WY 82801

Honest Homes LLC
2880 SW. 58th Ave
Miami, FL 33155

Horizon Trust
FBO: Robert Bevis Traditional IRA
PO BOX 27068
Newark, NJ 07101

Horizon Trust
FBO: Wang Sean Lee Traditional IRA
17537 Ashburton Rd
San Diego, CA 92128

Horizon View Investments LLC
159 N Wolcott St
Ste 415 #824413
Cheyenne, WY 82001

Clint Humphrey
PO Box 485
Marion, TX 78124

IEM383 Ventures LLC
2311 Cedar St.
El Cerrito, CA 94530

Inspira Financial Trust
FBO Patricia Stank IRA
2001 Spring Road, Ste 700
Oak Brook, IL 60523

Inspira Financial Trust LLC Custodian
FBO Deborah Higgins IRA
2001 Spring Road, Ste 700
Oak Brook, IL 60523

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Investors Title Company
219 S Central Ave
Clayton, MO 63105

Invictus Capital LLC
P.O. Box 27740
Las Vegas, NV 89126

IRA Club
FBO Cynthia Lebron-Valle IRA
67 E Madison St #1510
Chicago, IL 60603

IRA Innovations, LLC, as Custodian
FBO David Dorris Roth IRA
P.O. Box 360750
Birmingham, AL 35236

JAL Solutions LLC
30 N Gould St
Ste R
Sheridan, WY 82801

JBJ 78 Capital LLC
1089 Blackwolf Run Rd.
Davenport, FL 33896

JD Investor Loans LLC
26 Big Boulder Lane
Chelan, WA 98816

JDG Network Solutions LLC
4123 West Estes Way
Laveen, AZ 85338

JG49 Gators of NTX, LLC
2714 Quail Cove Dr
Highland Village, TX 75077

JJR Property Ventures LLC
1214 Beemer Ct
Oxford, MI 48371

JM Property Concepts LLC
7901 4th St. N, Suite 300
St. Petersburg, FL 33702

JT Capital 415 LLC
1089 Blackwolf Run Rd
Davenport, FL 33896

JT Real Estate LLC
2035 Cokers Chapel Rd
Ball Ground, GA 30107

JTATX-1 Property LLC
6492 Belgrave Ave
Garden Grove, CA 92845

JustJourney LLC
2870 S. Gilpin St.
Denver, CO 80210

Kamkodar HSA, LLC
5507 NE 1st Pl
Renton, WA 98059

Kamkodar III, LLC
5507 NE 1st Pl
Renton, WA 98059

Kane Ventures Inc.
c/o Hayes & Schanzer LLP
Attn: Andrew W Hayes
43 West 43rd St, Suite 195
New York, NY 10036

Joshua James Kennedy
2710 Aruba Court
Evansville, IN 47725

Shannon Kennedy
2710 Aruba Ct
Evansville, IN 47725

Kentucky Department of Revenue
Legal Support Branch - Bankruptcy
PO Box 5222
Frankfort, KY 40602

Kentucky Private Lending LLC
309 Evergreen Rd.
Louisville, KY 40243

KHW Funding LLC
1846 E Innovation Park Dr.
Suite 100
Oro Valley, AZ 85755

Kingdom Legacy Group LLC
550 Iron Horse Lane
Midland, NC 28107

KNJL Investment Trust
c/o Hayes & Schanzer LLP
Attn: Andrew W. Hayes
43 West 43rd St, Suite 195
New York, NY 10036

KYPL Holdings 1, LLC
309 Evergreen Rd.
Louisville, KY 40243

LabCorp
531 S. Spring St.
Burlington, NC 27215

LandWise Investments LLC
1317 Edgewater Dr #5858
Orlando, FL 32804

Legacy Horizon Solutions LLC
1883 West Royal Hunte Drive
Suite 200A
Cedar City, UT 84720

Legacy Title & Escrow LLC
425 N New Ballas Rd
Suite 220
Creve Coeur, MO 63141

Legatum Solutions LLC
1003 Native Trail
Heath, TX 75032

Level Investment Properties LLC
61545 Fish Hatchery Rd
Lacombe, LA 70445

LH 401K Plan & Trust
10326 Amber St.
Bellflower, CA 90706

Liberated Home Solutions LLC
1 Reflection Drive
Washington, IN 47501

Limitless Deal Funding LLC
4134 W Copper Moon Way
Phoenix, AZ 85087

Limitless Horizons, LLC
24866 N 176th Ave
Surprise, AZ 85387

Loftus & Eisenberg, Ltd.
Alexander N. Loftus, Esq.
181 W. Madison Street
Suite 4700
Chicago, IL 60602

Loock Enterprises LLC
2250 Double Creek Dr.
Suite 7662
Round Rock, TX 78683

Louisville/Jefferson County Metro Gov't
444 S. Fifth Street
Louisville, KY 40202

Lucid Insight 401K
c/o Hayes & Schanzer LLP
Attn: Andrew W. Hayes
43 West 43rd St, Suite 195
New York, NY 10036

Maasa LLC
5375 Aurora Summit Trails
San Diego, CA 92130

Mariner Finance
8110 Corporate Drive
Nottingham, MD 21236

Marrs Ventures, LLC
12701 Dairywork Rd
Buda, TX 78610

Matchmaker Investments LLC
8480 Baltimore National Pike
Suite 3210-157
Ellicott City, MD 21043

Mazda Financial Services
6400 Main St, Suite 200
Amherst, NY 14221

MCCM REI, LLC
2317 Georgetown Place
Bellevue, NE 68123

McCor Investments LLC, a Texas LLC
17005 Escondida Ct
Woodway, TX 76712

MDB Property Solutions LLC
4030 Wake Forest Rd
Suite 349
Raleigh, NC 27609

Mendes & Mount, LLP
Attn: Matthew B. Anderson
750 Seventh Ave
New York, NY 10019

Mephlox LLC
1333 Old Spanish Trail
Suite G-165
Houston, TX 77054

Aaron Metten
309 Evergreen Rd.
Louisville, KY 40243

Michele Henry Law, P.C.
Michele Henry, Esq.
517 W. Ormsby Ave.
Louisville, KY 40203

Millenial Title, LLC
130 St. Matthews Ave
Ste 300
Louisville, KY 40207

MJ Strategic Funding, LLC
8809 S. 34th Street
Bellevue, NE 68147

Monolith Legacy Group LLC
1401 21st St R
Sacramento, CA 95811

Moon Calcs LLC
6832 1/2 Marlow Avenue
Bell Gardens, CA 90201

MotherELM Partners LLC
148 N. Milton Ave
Baltimore, MD 21224

Navy Federal Credit Union
PO Box 3000
Merrifield, VA 22119-3000

NDN Capital LLC
463688 State Road 200
Suite 1-321
Yulee, FL 32097

Neelema Solo 401K Plan, TTEE Neelema Sin
329 S Oyster Bay Rd
Suite 202
Plainview, NY 11803

Huyen Nguyen Ngo
Trustee of Wonder Women Trust
16214 Lee Way Dr
Cypress, TX 77429

Okia Properties LLC
6326 N Oketo Ave
Chicago, IL 60631

Adelino Amaral Oliveira
c/o Hayes & Schanzer LLP
Attn: Andrew W. Hayes
43 West 43rd St, Suite 195
New York, NY 10036

John Otten
445 Stratford Drive
Waukee, IA 50263

Outer LLC
221 E Indianola Ave
Phoenix, AZ 85012

Deborah Paker
5375 Sapphire St
Alta Loma, CA 91701

Palm Ave LLC
6210 Wunderlin Ave
San Diego, CA 92114

Panambi Investments LLC
1333 Old Spanish Trail
Suite G-165
Houston, TX 77054

Panda Group LLC, d/b/a Networthy
1317 Edgewater Dr #5858
Orlando, FL 32804

Park Place Management LLC
2206 21st Ave S
Nashville, TN 37212

Eric Payne
309 Evergreen Rd.
Louisville, KY 40243

Peak Wealth LLC
4309 NW 153rd St
Edmond, OK 73013

Pearl Creek Properties LLC
113 Mill Loft St. C114
Edwards, CO 81632

People's Bank of Lebanon
P.O. Box 850
Lebanon, KY 40033

Mark Petrovich
c/o Hayes & Schanzer LLP
Attn: Andrew W. Hayes
43 West 43rd St, Suite 195
New York, NY 10036

Pink Lotus Consultants LLC
463688 State Road 200
Suite 1-350
Yulee, FL 32097

Pinnacle Financial Partners
d/b/a Synovus Bank
21 Platform Way S
Suite 2300
Nashville, TN 37203

Plum Crazy Capital LLC
29 E Shore Lake Owassa Rd
Newton, NJ 07860

Premier Link LLC
5900 Balcones Dr. Suite 100
Austin, TX 78731

Prince General Services
15814 Dutton Pines Dr
Humble, TX 77346

Prosper Marketplace
221 Main Street
Suite 300
San Francisco, CA 94105

Quick Turn Connections LLC
1201 Evans Ave.
Suite 100 Box #15A
Fort Worth, TX 76104

RAR Horizon LLC
c/o Hayes & Schanzer LLP
Attn: Andrew W. Hayes
43 West 43rd St, Suite 195
New York, NY 10036

RCN Capital, LLC
75 Gerber Road East
Suite 102
South Windsor, CT 06074

Real Houston Properties LLC
1014 11th St
Galveston, TX 77550

Realife Real Estate, LLC
c/o Hayes & Schanzer LLP
Attn: Andrew W. Hayes
43 West 43rd St, Suite 195
New York, NY 10036

Rick Amador PLLC
24 W Camelback Rd, #A325
Phoenix, AZ 85013

Angelica Maria Rivera
17911 Featherfield Ln
Richmond, TX 77407

RiverLink
204 S Floyd St.
Louisville, KY 40202

RoJo Capital 25 LLC
2325 S. German Church Rd
Indianapolis, IN 46239

Rosco Investments LLC
1665 49th St
Marion, IA 52302

RS5 Enterprises LLC
807 Waukegan Rd. Suite 112
Deerfield, IL 60015

Rushmore Sevicing
PO Box 650783
Dallas, TX 75265

Randy Ruth
5900 Balcones Dr., Ste 15153
Austin, TX 78731

S21 Concepts 401K PSP LLC
1801 Williams St
Chattangona, TN 37408

S21 Concepts LLC
1801 Williams St
Chattanooga, TN 37408

SA99 Solutions LLC
2701 NE 22nd Ct
Pompano Beach, FL 33062

Salty Fox Capital LLC
463688 State Road
Ste 1-350
Yulee, FL 32097

Marshelle Sanders
381 Love Ave
Cairo, GA 39827

Sandy Everglades LLC
7901 4th St N Ste 300
Saint Petersburg, FL 33702

Sapphire Solutions LLC
6848 N. Government Way
Suite 114-81
Dalton Gardens, ID 83815

Dan Scott
20 Skipton Ct
Sharpsburg, GA 30277

Shelbert Solutions LLC
704 N Cherokee Way
Mustang, OK 73064

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603

Shellz Solutions LLC
5900 Balcones Drive Suite 100
Austin, TX 78731

Heather Shoots 401K Plan
c/o Hayes & Schanzer LLP
Attn: Andrew W. Hayes
43 West 43rd St, Suite 195
New York, NY 10036

William Short
1228 Carl Glen
New Braunfels, TX 78130

Silver Hill Capital
4425 Ponce De Leon Blvd.
Suite 300
Coral Gables, FL 33146

Simaya Innovations LLC
1500 N Grant St
Suite R
Denver, CO 80203

Slarskey LLC
Attn: Evan Fried
767 Third Ave
14th Floor
New York, NY 10170

Solera National Bank, Custodian
FBO The Teresa Gasseau Roth IRA Trust
6492 Belgrave Ave
Garden Grove, CA 92845

Solera National Bank, Custodian
FBO The James Gasseau Roth IRA Trust
6492 Belgrave Ave
Garden Grove, CA 92845

Solid Foundation LLC
2870 S. Gilpin St
Denver, CO 80210

Spectrum
400 Washington Blvd
Stamford, CT 06902

Stacy M Carpenter 401k Plan
30422 Saddleridge Dr
Bulverde, TX 78163

Stage Advance LLC
2360 Lakewood Rd
Toms River, NJ 08755

STAYWITMI REAL ESTATE LLC
7901 4th St. N, Suite 300
St. Petersburg, Fl 33702

Stewart Title Guaranty Co.
1360 Post Oak Blvd
Suite 100
Houston, TX 77056

SummitBridge Wealth Management LLC
338 Jericho Tpke, Ste 106
Syosset, NY 11791

Sunrise Real Estate Solutions LLC
3433 Myna Ln
Miamisburg, OH 45342

Swift Property Ventures LLC
c/o Hayes & Schanzer LLP
Attn: Andrew W. Hayes
43 West 43rd St, Suite 195
New York, NY 10036

T2N Investment LLC
470 White Horse Rd
Cochranville, PA 19810

TA Legal Group, PLLC
Taimur Alamgir, Esq.
205 E. Main St., Ste 3-2
Huntington, NY 11743

Tall Poppy LLC
755 9th Ave.
Marion, IA 52302

Kareem Taye
10118 Oboe Dr.
Houston, TX 77025

Taylor Fort Trust
Chaney Kyle Burks
c/o Hayes & Schanzer LLP
43 West 43rd St, Suite 195
New York, NY 10036

Thirty Doors LLC
10045 Baltimore National Pike
Unit A7 #445
Ellicott City, MD 21042

Title Experts, LLC
2190 S Mason Rd
Suite 101
Des Peres, MO 63131

TK Management Solutions LLC
14445 Windmill Ln
Texline, TX 79087

Steven Tran
c/o Hayes & Schanzer LLP
Attn: Andrew W. Hayes
43 West 43rd St, Suite 195
New York, NY 10036

True Title Service, LLC
101 Plaza East Blvd
Ste 102
Evansville, IN 47715

UD-Tale, LLC
732 S. 6th St #8056
Las Vegas, NV 89101

Unify Ventures Inc
3225 McLeod Dr, Suite 100
Las Vegas, NV 89121

University Title Agency, LLC
2700 Corporate Dr.
Ste. 200
Birmingham, AL 35242

Unlimited Funding, LLC
7631 E. Greenway Rd Suite B-2
Scottsdale, AZ 85260

US Bank, NA, as Delaware Trustee
for Treaty Oak Mortgage Trust
c/o Schneiderman & Sherman PC
23938 Research Dr, Suite 300
Farmington, MI 48335

USAA
9800 Fredericksburg Rd
San Antonio, TX 78288

USAA-Amex
9800 Fredericksburg Rd
San Antonio, TX 78288

VAS22 Solutions LLC
11763 Ashlock Way
San Diego, CA 92131

Stephanie Vasquez
1824 W Seldon Way
Phoenix, AZ 85021

Vernon Creative Consulting LLC
79-1 4th St. N, Suite 300
St. Petersburg, FL 33702

Viama LLC
1333 Old Spanish Trail
Suite G-165
Houston, TX 77054

Vision Title, LLC
aka Visionland Title Agency
6363 York Rd
Ste 303
Parma Heights, OH 44130

Lihua Wang
No. 999 Xinjian East Road Unit 102
Building 222 Zhocun District
Zibo, Shandong CHINA

We Fund Solutions LLC
c/o Hayes & Schanzer LLP
Attn: Andrew W. Hayes
43 West 43rd St, Suite 195
New York, NY 10036

WealthFlow Alliance LLC
3266 Memorial Blvd
Suite E 304
Murfreesboro, TN 37129

Jennifer Wehmeyer
10021 Hidden Bluff
Mcgregor, TX 76657

Van Wehmeyer
c/o Hayes & Schanzer LLP
Attn: Andrew W. Hayes
43 West 43rd St, Suite 195
New York, NY 10036

Weihai Bank
No. 137A Qingdao North Road
Weihai, Shandong CHINA 264200

Westcor Land Title Insurance Co.
875 Concourse Parkway
South Ste 200
Maitland, FL 32751

WFG National Title Ins. Co.
12909 SW 68th Parkway
Suite 350
Portland, OR 97223

WIC11 Unlimited LLC
2428 Almeda Avenue
Suite 152
Norfolk, VA 23513

Wilmington Savings Fund Society
c/o Shellpoint Mortgage Servicing
75 Beattie Place
Suite 300
Greenville, SC 29601

Wilmington Savings Fund Society
Owner Trustee of FLIC Residential
Mortgage Trust
1601 LBJ Freeway, Suite 150
Farmers Branch, TX 75234

Wilmington Savings Fund Society
Owner Trustee of NYMT Loan Trust 2024-IN
1601 LBJ Freeway, Suite 150
Farmers Branch, TX 75234

```
Windmill Properties LLC
159 N Wolcott St
Ste 415 #640524
Cheyenne, WY 82001

Winget, Spadafora & Schwartzberg, LLP
Attn: Anthony D. Green
45 Broadway
32nd Floor
New York, NY 10006

WNY MJA Solutions, LLC
8245 Clarherst Dr
East Amherst, NY 14051

Zia Capital Enterprise LLC
1209 Mountain Road PL NE
Suite R
Albuquerque, NM 87110

ZiraCo LLC
159 N Wolcott St
Ste 415 #720085
Cheyenne, WY 82001
```